| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br><br>Philip Moore<br><br>Bonnie Moore | CASE NO.: 6:23-bk-14289-WJ<br>CHAPTER: 7 |
|---|---|
| Debtor(s). | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not-employed.

Date: 10/04/2023         Philip Moore                    _[signature]_
                          Printed name of Debtor 1        Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/04/2023         Bonnie Moore                    _[signature]_
                          Printed name of Debtor 2        Signature of Debtor 2

December 2015    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 1002-1.EMP.INCOME.DEC

Canyon Lake Designs  DBA  OCEAN INTER
29748 Redwood Dr
Canyon Lake CA 92587

Pay Stub Detail
PAY DATE: 09/28/2023
NET PAY: $450.59

Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

**EMPLOYER**
Canyon Lake Designs  DBA  OCEAN INTERIORS
29748 Redwood Dr
Canyon Lake CA 92587

**PAY PERIOD**
Period Beginning            09/17/2023
Period Ending:              09/23/2023
Pay Date:                   09/28/2023

**EMPLOYEE**
Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

SS#: ...5406

**NET PAY:**                                    **$450.59**
Acct#....5251:                                   $450.59

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 500.00 | 19,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
|  |  |  |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 1,209.00 |
| Medicare | 7.25 | 282.75 |
| CA Income Tax | 6.66 | 259.74 |
| CA State Disability Ins | 4.50 | 175.50 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $19,500.00 |
| Taxes | $49.41 | $1,926.99 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$450.59** | |

Canyon Lake Designs  DBA  OCEAN INTER
29748 Redwood Dr
Canyon Lake CA 92587

Pay Stub Detail
PAY DATE: 09/21/2023
NET PAY: $450.59

Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

**EMPLOYER**
Canyon Lake Designs  DBA  OCEAN INTERIORS
29748 Redwood Dr
Canyon Lake CA 92587

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 09/10/2023 |
| Period Ending: | 09/16/2023 |
| Pay Date: | 09/21/2023 |

**EMPLOYEE**
Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

SS#: ...5406

| | |
|---|---:|
| **NET PAY:** | **$450.59** |
| Acct#....5251: | $450.59 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---:|---:|
| Salary | - | - | 500.00 | 19,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---:|---:|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 1,178.00 |
| Medicare | 7.25 | 275.50 |
| CA Income Tax | 6.66 | 253.08 |
| CA State Disability Ins | 4.50 | 171.00 |

| SUMMARY | Current | YTD |
|---|---:|---:|
| Total Pay | $500.00 | $19,000.00 |
| Taxes | $49.41 | $1,877.58 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$450.59** | |

Canyon Lake Designs  DBA  OCEAN INTER
29748 Redwood Dr
Canyon Lake CA 92587

Pay Stub Detail
PAY DATE: 09/14/2023
NET PAY: $450.59

Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

---

**EMPLOYER**
Canyon Lake Designs  DBA  OCEAN INTERIORS
29748 Redwood Dr
Canyon Lake CA 92587

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 09/03/2023 |
| Period Ending: | 09/09/2023 |
| Pay Date: | 09/14/2023 |

**EMPLOYEE**
Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

SS#: ...5406

**NET PAY:** $450.59
Acct#....5251: $450.59

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 500.00 | 18,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 1,147.00 |
| Medicare | 7.25 | 268.25 |
| CA Income Tax | 6.66 | 246.42 |
| CA State Disability Ins | 4.50 | 166.50 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $18,500.00 |
| Taxes | $49.41 | $1,828.17 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$450.59** | |

Canyon Lake Designs  DBA  OCEAN INTER
29748 Redwood Dr
Canyon Lake CA 92587

Pay Stub Detail
PAY DATE: 09/07/2023
NET PAY: $450.59

Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

**EMPLOYER**
Canyon Lake Designs  DBA  OCEAN INTERIORS
29748 Redwood Dr
Canyon Lake CA 92587

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 08/27/2023 |
| Period Ending: | 09/02/2023 |
| Pay Date: | 09/07/2023 |

**EMPLOYEE**
Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

SS#: ...5406

| | |
|---|---:|
| **NET PAY:** | **$450.59** |
| Acct#....5251: | $450.59 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 500.00 | 18,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---:|---:|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 1,116.00 |
| Medicare | 7.25 | 261.00 |
| CA Income Tax | 6.66 | 239.76 |
| CA State Disability Ins | 4.50 | 162.00 |

| SUMMARY | Current | YTD |
|---|---:|---:|
| Total Pay | $500.00 | $18,000.00 |
| Taxes | $49.41 | $1,778.76 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$450.59** | |

Canyon Lake Designs  DBA  OCEAN INTER
29748 Redwood Dr
Canyon Lake CA 92587

Pay Stub Detail
PAY DATE: 08/31/2023
NET PAY: $450.59

Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

**EMPLOYER**
Canyon Lake Designs  DBA  OCEAN INTERIORS
29748 Redwood Dr
Canyon Lake CA 92587

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 08/20/2023 |
| Period Ending: | 08/26/2023 |
| Pay Date: | 08/31/2023 |

**EMPLOYEE**
Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

SS#: ...5406

| | |
|---|---|
| **NET PAY:** | **$450.59** |
| Acct#....5251: | $450.59 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 500.00 | 17,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 1,085.00 |
| Medicare | 7.25 | 253.75 |
| CA Income Tax | 6.66 | 233.10 |
| CA State Disability Ins | 4.50 | 157.50 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $17,500.00 |
| Taxes | $49.41 | $1,729.35 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$450.59** | |

Canyon Lake Designs  DBA  OCEAN INTER
29748 Redwood Dr
Canyon Lake CA 92587

Pay Stub Detail
PAY DATE: 08/24/2023
NET PAY: $450.59

Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

**EMPLOYER**
Canyon Lake Designs  DBA  OCEAN INTERIORS
29748 Redwood Dr
Canyon Lake CA 92587

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 08/13/2023 |
| Period Ending: | 08/19/2023 |
| Pay Date: | 08/24/2023 |

**EMPLOYEE**
Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

SS#: ...5406

| | |
|---|---:|
| **NET PAY:** | **$450.59** |
| Acct#....5251: | $450.59 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---:|---:|
| Salary | - | - | 500.00 | 17,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---:|---:|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 1,054.00 |
| Medicare | 7.25 | 246.50 |
| CA Income Tax | 6.66 | 226.44 |
| CA State Disability Ins | 4.50 | 153.00 |

| SUMMARY | Current | YTD |
|---|---:|---:|
| Total Pay | $500.00 | $17,000.00 |
| Taxes | $49.41 | $1,679.94 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$450.59** | |

Canyon Lake Designs  DBA  OCEAN INTER
29748 Redwood Dr
Canyon Lake CA 92587

Pay Stub Detail
PAY DATE: 08/17/2023
NET PAY: $450.59

Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

**EMPLOYER**
Canyon Lake Designs  DBA  OCEAN INTERIORS
29748 Redwood Dr
Canyon Lake CA 92587

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 08/06/2023 |
| Period Ending: | 08/12/2023 |
| Pay Date: | 08/17/2023 |

**EMPLOYEE**
Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

SS#: ...5406

| | |
|---|---:|
| **NET PAY:** | **$450.59** |
| Acct#....5251: | $450.59 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---:|---:|
| Salary | - | - | 500.00 | 16,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---:|---:|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 1,023.00 |
| Medicare | 7.25 | 239.25 |
| CA Income Tax | 6.66 | 219.78 |
| CA State Disability Ins | 4.50 | 148.50 |

| SUMMARY | Current | YTD |
|---|---:|---:|
| Total Pay | $500.00 | $16,500.00 |
| Taxes | $49.41 | $1,630.53 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$450.59** | |

Canyon Lake Designs  DBA  OCEAN INTER
29748 Redwood Dr
Canyon Lake CA 92587

Pay Stub Detail
PAY DATE: 08/10/2023
NET PAY: $450.59

Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

**EMPLOYER**
Canyon Lake Designs  DBA  OCEAN INTERIORS
29748 Redwood Dr
Canyon Lake CA 92587

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 07/30/2023 |
| Period Ending: | 08/05/2023 |
| Pay Date: | 08/10/2023 |

**EMPLOYEE**
Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

SS#: ...5406

| | |
|---|---:|
| **NET PAY:** | **$450.59** |
| Acct#....5251: | $450.59 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---:|---:|
| Salary | - | - | 500.00 | 16,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---:|---:|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 992.00 |
| Medicare | 7.25 | 232.00 |
| CA Income Tax | 6.66 | 213.12 |
| CA State Disability Ins | 4.50 | 144.00 |

| SUMMARY | Current | YTD |
|---|---:|---:|
| Total Pay | $500.00 | $16,000.00 |
| Taxes | $49.41 | $1,581.12 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$450.59** | |

Canyon Lake Designs  DBA  OCEAN INTER
29748 Redwood Dr
Canyon Lake CA 92587

Pay Stub Detail
PAY DATE: 08/03/2023
NET PAY: $450.59

Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

**EMPLOYER**
Canyon Lake Designs  DBA  OCEAN INTERIORS
29748 Redwood Dr
Canyon Lake CA 92587

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 07/23/2023 |
| Period Ending: | 07/29/2023 |
| Pay Date: | 08/03/2023 |

**EMPLOYEE**
Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

SS#: ...5406

| | |
|---|---:|
| **NET PAY:** | **$450.59** |
| Acct#....5251: | $450.59 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---:|---:|
| Salary | - | - | 500.00 | 15,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---:|---:|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 961.00 |
| Medicare | 7.25 | 224.75 |
| CA Income Tax | 6.66 | 206.46 |
| CA State Disability Ins | 4.50 | 139.50 |

| SUMMARY | Current | YTD |
|---|---:|---:|
| Total Pay | $500.00 | $15,500.00 |
| Taxes | $49.41 | $1,531.71 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$450.59** | |

Canyon Lake Designs  DBA  OCEAN INTER
29748 Redwood Dr
Canyon Lake CA 92587

Pay Stub Detail
PAY DATE: 07/27/2023
NET PAY: $450.59

Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

**EMPLOYER**
Canyon Lake Designs  DBA  OCEAN INTERIORS
29748 Redwood Dr
Canyon Lake CA 92587

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 07/16/2023 |
| Period Ending: | 07/22/2023 |
| Pay Date: | 07/27/2023 |

**EMPLOYEE**
Bonnie E Moore
22371 Village Way Drive
Canyon Lake CA 92587

SS#: ...5406

| | |
|---|---:|
| **NET PAY:** | **$450.59** |
| Acct#....5251: | $450.59 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---:|---:|
| Salary | - | - | 500.00 | 15,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---:|---:|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 930.00 |
| Medicare | 7.25 | 217.50 |
| CA Income Tax | 6.66 | 199.80 |
| CA State Disability Ins | 4.50 | 135.00 |

| SUMMARY | Current | YTD |
|---|---:|---:|
| Total Pay | $500.00 | $15,000.00 |
| Taxes | $49.41 | $1,482.30 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$450.59** | |