Certificate Number: 14912-CAC-DE-038047129

Bankruptcy Case Number: 23-14289



14912-CAC-DE-038047129

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2023, at 11:52 o'clock PM EST, Bonnie Moore completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   December 26, 2023         By:   /s/Jai Bhatt

                                  Name: Jai Bhatt

                                  Title: Counselor