**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: **6:23-bk-14289-WJ** |
| **PHILIP MOORE, and** | Chapter 7 |
| **BONNIE MOORE,** | **DEBTOR'S REQUEST TO WITHDRAW MOTION TO AVOID LIEN (DOCKET #18)** |
| Debtors. | |

On January 3, 2024, Debtors filed a Motion to Avoid Lien as Docket #18. Debtors hereby request that the motion be withdrawn so that it can be re-filed to conform to the Debtors' recently amended schedules.

Date: March 18, 2024

**NEXUS BANKRUPTCY**

BENJAMIN HESTON,
Attorney for Debtors

1