**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PHILIP MOORE and<br><br>BONNIE MOORE,<br><br>Debtors. | Case No: **6:23-bk-14289-WJ**<br><br>**Chapter 7**<br><br>**DECLARATION OF BENJAMIN HESTON IN SUPPORT OF MOTION TO AVOID LIEN ON REAL PROPERTY** |

I, Benjamin Heston, declare as follows:

1. I am the attorney for the Debtors in the above-captioned bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. On March 11, 2024, I obtained a true and correct copy of the Debtors' Amended Schedule C from the Court's ECF system which is attached to the Motion as Exhibit A.

3. In November 2023, I went to the Riverside County Recorder's Office and obtained true and correct certified copies of the Abstracts of Judgments for which are attached to the Motion as Exhibits C and D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 8, 2024

_____
BENJAMIN HESTON