# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **MOTIONS TO AVOID LIEN, DECLARATIONS IN SUPPORT OF MOTIONS TO AVOID LIENS (docket #: 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/18/2024, 4/8/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lynda T. Bui (TR) trustee.bui@shulmanbastian.com, C115@ecfcbis.com

Joseph C Delmotte on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 4/18/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Wayne E. Johnson**
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/18/2024 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## AMERICAN EXPRESS

- Irving Feng, Esq
  The Law Office of Sara J. Hamilton
  30 Corporate Park, Ste 211
  Irvine, CA 92606
- Irving Feng, Esq.
  1725 3rd Street
  San Francisco, CA 94158
- <u>Certified Mail</u>
  Jeffrey C. Campbell, CFO
  200 Vesey Street
  New York, NY 10285
- Amanda Garcia, CT Corporation System
  Agent for service of process for
  American Express
  330 N Brand Blvd
  Glendale, CA 91203

## BANK OF AMERICA

- Jeremy Kimmelman, Esq.
  The Moore Law Group
  3710 S. Susan Street, Ste 210
  Santa Ana, CA 92704
- Jeremy Kimmelman, Esq.
  16350 S Harbor Blvd, Apt 2603
  Santa Ana, CA 92704
- <u>Certified Mail</u>
  Alastair Borthwick, CFO
  100 North Tryon Street
  Charlotte, NC 28255
- Amanda Garcia, CT Corporation System
  Agent for service of process for
  Bank of America
  330 N. Brand Blvd.
  Glendale, CA 91203

## CAVALRY SPV I, LLC

- Juan Villanueva, Esq.
  Winn Law Group, APC
  110 E. Wilshire Ave, Ste 212
  Fullerton, CA 92832
- Juan Villanueva, Esq.
  38 Discovery, Ste 200
  Irvine, CA 92618
- Cavalry Investments, LLC
  Cavalry SPV I, LLC
  4050 E. Cotton Center Blvd
  Phoenix, AZ 85040
- Cavalry Investments, LLC
  Cavalry SPV I, LLC
  1 American Lane, Suite 220
  Greenwich, CT 06831
- Amanda Garcia, CT Corporation System
  Agent for service of process for
  Cavalry SPV I, LLC
  330 N Brand Blvd.
  Glendale, CA 91203

## COACHELLA VALLEY COLLECTION SERVICE

- John D. Gallegos, Esq.
  Law Offices of John D. Gallegos
  PO Box 13621
  Palm Desert, CA 92255
- John D. Gallegos, Esq.
  35900 Bob Hope Drive, Ste 170
  Rancho Mirage, CA 92270
- Coachella Valley Collection Service
  PO Box 13621
  Palm Desert, CA 92255

DALLASWHITE CORPORATION

- Robert A. Von Esch IV, Esq.
  2201 East Chapman Avenue
  Fullerton, CA 92831
- Randall D. Gustafson, Esq.
  550 W C St Ste 1400
  San Diego, CA 92101
- Brian E. Whiteway, CEO
  7455 Arroyo Crossing Pkwy, Suite 220
  Las Vegas, NV 89113
- Becky Degeorge, CSC Lawyers
  Incorporating Service
  Agent for service of process for
  Dallaswhite Corporation
  2710 Gateway Oaks Drive
  Sacramento, CA 95833

PHH MORTGAGE SERVICES

- Sean B. O'Neil, CFO
  2000 Midlantic Drive, Suite 410-A
  Mount Laurel, NJ 08054
- Becky Degeorge, CSC Lawyers
  Incorporating Service
  Agent for service of process for
  PHH Mortgage Corporation
  2710 Gateway Oaks Drive
  Sacramento, CA 95833

PORTFOLIO RECOVERY ASSOCIATES

- Donald Sherrill, Esq.
  Hunt & Henriques
  151 Bernal Road, Suite 8
  San Jose, CA 95119
- Donald Sherrill, Esq.
  Hunt & Henriques
  7017 Realm Drive
  San Jose, CA 95119
- Craig Dewey, Managing Member
  120 Corporate Blvd
  Norfolk, VA 23502
- Becky Degeorge, CSC Lawyers
  Incorporating Service
  Agent for service of process for
  Portfolio Recovery Associates
  2710 Gateway Oaks Drive
  Sacramento, CA 95833




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20230614710 |
| Date Filed: 4/13/2023 |

**Entity Details**

| Corporation Name | AMERICAN EXPRESS COMPANY |
| --- | --- |
| Entity No. | 0492514 |
| Formed In | NEW YORK |

**Street Address of Principal Office of Corporation**

| Principal Address | 200 VESEY STREET<br>NEW YORK, NY 10285 |
| --- | --- |

**Mailing Address of Corporation**

| Mailing Address | 200 VESEY STREET<br>NEW YORK, NY 10285 |
| --- | --- |
| Attention | |

**Street Address of California Office of Corporation**

| Street Address of California Office | None |
| --- | --- |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| Jeffrey C. Campbell | 200 VESEY STREET<br>NEW YORK, NY 10285 | Chief Financial Officer |
| Kristina V. Fink | 200 VESEY STREET<br>NEW YORK, NY 10285 | Secretary |
| Stephen J. Squeri | 200 VESEY STREET<br>NEW YORK, NY 10285 | Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Agent for Service of Process**

| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |
| --- | --- |

**Type of Business**

| Type of Business | Global Payment Networks and Travel Services |
| --- | --- |

**Email Notifications**

| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| --- | --- |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

 The State Bar *of California*

 Irving Y. Feng #303340
**License Status: Active**

Address: Uber Technologies, Inc., 1725 3rd St, San Francisco, CA 94158-2203
Phone: Not Available | Fax: Not Available
Email: Not Available | Website: Not Available

**More about This Attorney** ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 6/2/2015 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2024 The State Bar of California

  

**THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF RIVERSIDE**

# RIC1600778

## AMERICAN EXPRESS VS MOORE

Filed Date: **01/20/2016**    **Unlimited Civil Breach of Contract/Warranty**
Case Status: **Disposed**    **Riverside - Department 4**

Print Case Report

## Case Summary

### ✔ COMPLAINTS/PETITIONS

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| **AMERICAN EXPRESS VS MOORE** Unlimited Civil Breach of Contract/Warranty | | Disposed | Default Judgment by Court |
| **Complaint of AMERICAN EXPRESS BANK FSB** | | Filed: 01/20/2016 | Complete 08/15/2016 |
| Plaintiff: AMERICAN EXPRESS BANK FSB | BLEIER & COX | | Dispo: Court Finding on 08/15/2016 |
| Defendant: PHILIP MOORE<br>**- Also Known As:** PHILIP O MOORE<br>**- Doing Business As:** BUSINESS AND PLAY, ADBA TAT SOLUTION | | Defaulted as of 03/29/2016 | Dispo: Default Judgment on 08/15/2016 |

### ✔ JUDGMENTS Any judgment entered on or before 11/06/20 has been converted from a legacy case management system

| Judgment Date | Applies To | Status | Type | For/Against | Details | |
|---|---|---|---|---|---|---|
| 08/15/2016 | | Entered | Money | | | |
| | Complaint of AMERICAN EXPRESS BANK FSB | | | Against - PHILIP MOORE | Principal | $82,744.97 |
| | | | | | Costs | $515.00 |
| | | | | | **Subtotal Judgment** | **$83,259.97** |
| | | | | | **Total** | **$83,259.97** |

### ✔ HEARINGS

 The State Bar *of California*

**Elizabeth Ann Bleier #81470**
License Status: Inactive

Address: Patenaude & Felix, APC, 16130 Ventura Blvd Ste 620, Encino, CA 91436-2542
Phone: 818-784-3366 | Fax: 818-906-7944
Email: Not Available | Website: Not Available

## More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|------|------------------|--------------|-------------------------|
| Present | Inactive | | |
| 6/3/2019 | Inactive | | |
| 11/29/1978 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2024 The State Bar of California

  

California Secretary of State

**California**
*Secretary of State*

Business    UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

### Advanced Search

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

**Disclaimer:** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.*

*Although every attempt has been made to ensure that the information contained in the database is accurate,*

## AMERICAN EXPRESS COMPANY (492514)



Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 06/15/1965 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | NEW YORK |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 200 VESEY STREET NEW YORK, NY 10285 |
| *Mailing Address* | 200 VESEY STREET NEW YORK,NY10285 |
| *Statement of Info Due Date* | 06/30/2024 |
| *Agent* | 1505 Corporation C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |
| | EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA |
| | GLADYS AGUILERA 330 N BRAND BLVD, GLENDALE, CA |
| | VIVIAN IMPERIAL 330 N BRAND BLVD, GLENDALE, CA |
| | CARLOS PAZ 330 N BRAND BLVD, GLENDALE, CA |

Skip to main content ³tate

 The State Bar *of California*

 Jeremy Kimmelman #322958
License Status: Active

Address: Law Office of Jeremy Kimmelman, Esq., 16350 S Harbor Blvd, Apt 2603, Santa Ana, CA 92704-3836
Phone: 213-632-8405 | Fax: Not Available
Email: jkimmelman80@gmail.com | Website: Not Available

## More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|------|------------------|--------------|-------------------------|
| Present | Active | | |
| 12/4/2018 | Admitted to the State Bar of California | | |

Additional Information:
- About the disciplinary system

Copyright © 2024 The State Bar of California

  



BA20231838776



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20231838776 |
| Date Filed: 12/5/2023 |

B2306-5135 12/05/2023 1:35 PM Received by California Secretary of State

### Entity Details

| | |
| --- | --- |
| Corporation Name | BANK OF AMERICA CORPORATION |
| Entity No. | 2128692 |
| Formed In | DELAWARE |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | None |

### Officers

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| ▣ Brian T. Moynihan | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | Chief Executive Officer |
| ▣ Alastair Borthwick | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | Chief Financial Officer |
| ▣ Ross E. Jeffries | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | Secretary |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| ▣ Nathan A. Barth | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | Vice President | Senior Vice President |
| ▣ David L. Goldin | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | Other | Assistant General Counsel/Vice President/Assistant Secretary |
| ▣ Matthew Allen Hayenga | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | Other | Senior Vice President/Assistant General Counsel |
| ▣ Keith D. Agisim | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | Other | Senior Vice President/Associate General Counsel |
| ▣ Jeffrey Werbitt | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | Other | Senior Vice President/Assistant General Counsel |

California
*Secretary of State*

Business    UCC

Login

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, remove "C" from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The

BANK OF AMERICA CORPORATION
(2128692)


Request
Certificate

| | |
|---|---|
| *Initial Filing Date* | 12/28/1998 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 100 NORTH TRYON STREET CHARLOTTE, NC 28255 |
| *Mailing Address* | 100 NORTH TRYON STREET CHARLOTTE, NC28255 |
| *Statement of Info Due Date* | 12/31/2024 |
| *Agent* | 1505 Corporation C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |
| | EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA |
| | GLADYS AGUILERA 330 N BRAND BLVD, GLENDALE, CA |
| | VIVIAN IMPERIAL 330 N BRAND BLVD, GLENDALE, CA |
| | CARLOS PAZ |

Home
Search
Forms
Help

[Skip to main content](#)

California Secretary of State

 The State Bar *of California*

Juan Villanueva Jr #328049
License Status: Active

Address: Gates, Gonter, Guy, Proudfoot & Muench, 38 Discovery, Ste 200, Irvine, CA 92618-3128
Phone: 949-753-0255 | Fax: Not Available
Email: jvillanueva@g3pmlaw.com | Website: Not Available

## More about This Attorney ▾

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ℹ | Discipline ℹ | Administrative Action ℹ |
|------|-----------------|--------------|------------------------|
| Present | Active | | |
| 12/4/2019 | Admitted to the State Bar of California | | |

**Additional Information:**

- About the disciplinary system

Copyright © 2024 The State Bar of California

  

**THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF RIVERSIDE**

# MVC1904454

Filed Date: **03/27/2019**
Case Status: **Disposed**

### CAVALRY SPV I LLC VS MOORE
**Collection CRC 3.740-Under $10,000**
**Moreno Valley - Department MV1**

Print Case Report

## Case Summary

### ⌄ COMPLAINTS/PETITIONS

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| **CAVALRY SPV I LLC VS MOORE** Collection CRC 3.740-Under $10,000 | | Disposed | Default Judgment by Court |
| **Complaint (Collection - Moreno Valley) of CAVALRY SPV I LLC** | | Filed: 03/27/2019 | Complete 11/19/2019 |
| Plaintiff: CAVALRY SPV I LLC | KIMBERLEE RAE TSAI | | Dispo: Court Finding on 11/19/2019 |
| Defendant: PHILIP O MOORE **- Also Known As:** PHILIP MOORE | | Defaulted as of 09/20/2019 | Dispo: Default Judgment on 11/19/2019 |

### JUDGMENTS Any judgment entered on or before 11/06/20 has been converted from a legacy ⌄ case management system

| Judgment Date | Applies To | Status | Type | For/Against | Details |
|---|---|---|---|---|---|
| 11/19/2019 | | Entered | Money | | |

 The State Bar *of California*

**Kimberlee Rae Tsai #227426**
License Status: Active

Address: Gurstel Law Firm, P.C., 1610 Arden Way Ste 275, Sacramento, CA 95815-4051

Phone: 877-344-4002 | Fax: 916-486-4142

Email: k.tsai@gurstel.com | Website: Not Available

## More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/3/2003 | Admitted to the State Bar of California | | |

Additional Information:
- About the disciplinary system

Copyright © 2024 The State Bar of California

  


BA20231372695



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20231372695 |
| Date Filed: 8/31/2023 |

B2078-7801  08/31/2023  10:05 PM Received by California Secretary of State

---

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | CAVALRY SPV I, LLC |
| Entity No. | 201122710088 |
| Formed In | DELAWARE |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 1 AMERICAN LANE<br>SUITE 220<br>GREENWICH, CT 06831 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 1 AMERICAN LANE<br>SUITE 220<br>GREENWICH, CT 06831 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| Cavalry Investments, LLC | 1 AMERICAN LANE<br>SUITE 220<br>GREENWICH, CT 06831 |

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
| --- | --- |
| Type of Business | DEBT BUYER |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

## California
*Secretary of State*

Business     UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

### CAVALRY SPV I, LLC (201122710088)


Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 08/15/2011 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Limited Liability Company - Out of State |
| *Principal Address* | 1 AMERICAN LANE SUITE 220 GREENWICH, CT 06831 |
| *Mailing Address* | 1 AMERICAN LANE SUITE 220 GREENWICH,CT06831 |
| *Statement of Info Due Date* | 08/31/2025 |
| *Agent* | 1505 Corporation C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |
| | EMANUEL JACOBO 330 N BRAND BLVD, |

[Skip to main content](#) State

 The State Bar *of California*

 John David Gallegos #150705

**License Status: Active**

Address: 35900 Bob Hope Dr Ste 170, Rancho Mirage, CA 92270-1765

Phone: 760-328-5999 | Fax: 760-328-5900

Email: lawfirmjdg@aol.com | Website: Not Available

## More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|------|------------------|--------------|-------------------------|
| Present | Active | | |
| 12/4/1990 | Admitted to the State Bar of California | | |

**Additional Information:**

- About the disciplinary system

Copyright © 2024 The State Bar of California

  

# THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF RIVERSIDE

## MVC1909645

**Filed Date:** **08/05/2019**

**Case Status: Closed**

## COACHELLA VALLEY VS MOORE
**Collection Assignee Decl. CRC 3.740**
**Moreno Valley – Department MV1**

Print Case Report

## Case Summary

### ⌄ COMPLAINTS/PETITIONS

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| **COACHELLA VALLEY VS MOORE** Collection Assignee Decl. CRC 3.740 | | Closed | Default Judgment |
| **Complaint (Collection – Moreno Valley) of COACHELLA VALLEY COLLECTION SERVICE** | | Filed: 08/05/2019 | |
| Plaintiff: COACHELLA VALLEY COLLECTION SERVICE | Stephen Michael Miles | | Dispo: Default Judgment on 02/07/2020 |
| Defendant: PHILIP OLIVER MOORE | | Defaulted as of 12/06/2019 | Dispo: Default Judgment on 02/07/2020 |
| Defendant: BONNIE ELIZABETH MOORE | | Defaulted as of 12/06/2019 | Dispo: Default Judgment on 02/07/2020 |

### ⌄ JUDGMENTS Any judgment entered on or before 11/06/20 has been converted from a legacy case management system

| Judgment Date | Applies To | Status | Type | For/Against | Details |
|---|---|---|---|---|---|
| 02/07/2020 | | Ordered | Money | | |

 The State Bar *of California*

**Stephen Michael Miles #185596**
License Status: Active

Address: Miles Law Group PC, 19341 Oakie Doakie, Trabuco Cyn, CA 92679-3014
Phone: 714-393-3389 | Fax: Not Available
Email: SMiles@MilesLawGroup.com | Website: Not Available

## More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ℹ | Discipline ℹ | Administrative Action ℹ |
|------|-----------------|--------------|-------------------------|
| Present | Active | | |
| 2/5/2022 | | Public reproval with/duties 21-C-30229 ℹ | |
| 8/30/2021 | | Conviction record transmitted to State Bar Court 21-C-30598 ℹ | |
| 4/13/2021 | | Conviction record transmitted to State Bar Court 21-C-30229 ℹ | |
| 12/16/1996 | Admitted to the State Bar of California | | |

Here is what you need to know to access discipline documents in public cases:

Documents are added to the State Bar Court's online docket as events occur.

**Search for a Case**

To search for a case, please copy the case number displayed above and click Search for a Case. In the search box, paste the complete case number. If the case number begins with "19" or higher, you must add the prefix SBC to the case number, e.g., SBC [CASE NUMBER]. If a case number begins with 18 or lower, there's no need to add SBC.

Most public case records since 2000 are available through search. Older case records are available on request. The State Bar Court began posting public discipline documents online in 2005.

NOTE: Only Published Opinions may be cited or relied on as precedent in State Bar Court proceedings.

DISCLAIMER: Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations of professional misconduct. The licensee is presumed to be innocent of any misconduct warranting discipline until the charges have been proven.

Additional Information:
- About the disciplinary system

Copyright © 2024 The State Bar of California

  

## THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF RIVERSIDE

# RIC1813985        DALLASWHITE CORPORATION vs AMERICAN WOODCRAFTE

**Filed Date:   07/10/2018**          **Unlimited Civil Breach of Contract/Warranty**

Case Status: **Disposed**                    **Riverside - Department 7**

<u>Print Case Report</u>

## Case Summary

### ⌄ COMPLAINTS/PETITIONS

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| **DALLASWHITE CORPORATION vs AMERICAN WOODCRAFTERS** Unlimited Civil Breach of Contract/Warranty | | Disposed | Dismissal After Settlement Conference |
| **Complaint of DALLASWHITE CORPORATION** | | Filed: 07/10/2018 | Dismissal No ADR 08/28/2019 |
| Plaintiff: DALLASWHITE CORPORATION | RANDALL D. GUSTAFSON | | Dispo: Dismissed on 08/28/2019 |
| Defendant: PHILIP OLIVER MOORE | In Pro Per | Answered as of 11/06/2018 | Dispo: Dismissed on 08/28/2019 |
| Defendant: AMERICAN WOODCRAFTERS | | Defaulted as of 10/15/2018 | Dispo: Dismissed on 08/28/2019 |

### ⌄ JUDGMENTS Any judgment entered on or before 11/06/20 has been converted from a legacy case management system

| Judgment Date | Applies To | Status | Type | For/Against | Details |
|---|---|---|---|---|---|
| 08/19/2020 | | Ordered | Money | | |



# The State Bar *of California*

### Randall D. Gustafson #115724
License Status: Active

Address: Lincoln Gustafson & Cercos, 550 W C St Ste 1400, San Diego, CA 92101-8582
Phone: 619-233-1150 | Fax: 619-233-6949
Email: Not Available | Website: Not Available

## More about This Attorney ▾

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|------|------------------|--------------|--------------------------|
| Present | Active | | |
| 12/3/1984 | Admitted to the State Bar of California | | |

Additional Information:
- About the disciplinary system

Copyright © 2024 The State Bar of California

  





# STATE OF CALIFORNIA
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20240257655 |
| Date Filed: 2/8/2024 |

**Entity Details**

| | |
| --- | --- |
| Corporation Name | DALLASWHITE CORPORATION |
| Entity No. | 3348813 |
| Formed In | NEVADA |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 7455 ARROYO CROSSING PKWY SUITE 220 LAS VEGAS, NV 89113 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 5693 S JONES BLVD STE 112-567 LAS VEGAS, NV 89118 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| ■ Brian E. Whiteway | 7455 ARROYO CROSSING PKWY SUITE 220 LAS VEGAS, NV 89113 | Chief Executive Officer, Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE Registered Corporate 1505 Agent |

**Type of Business**

| | |
| --- | --- |
| Type of Business | Property restoration, abatement, reconstruction |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Brian E. Whiteway*
_____
Signature

*02/08/2024*
_____
Date

B2486-8957 02/08/2024 10:22 AM Received by California Secretary of State

California
*Secretary of State*

Business  UCC

Login

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

### Advanced Search

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

Home

Search

Forms

Help

## DALLASWHITE CORPORATION (3348813)

State: Stock

| | |
|---|---|
| Principal Address | 7455 ARROYO CROSSING PKWY SUITE 220 LAS VEGAS, NV 89113 |
| Mailing Address | 5693 S JONES BLVD STE 112-567 LAS VEGAS,NV89118 |
| Statement of Info Due Date | 02/28/2025 |
| Agent | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | BECKY DEGEORGE 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | NICOLE STAUSS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | JENN BAUTISTA 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | REBECCA VANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | ALEX JENKINS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | WENDY HARRIS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | MELISSA DEKOVEN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | KACI RANSOM 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | ANNETTE KUHLMAN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | JEROME SUAREZ 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | SAMANTHA WILTZ 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | PARID KURBINI 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |

View History  Request Access

Skip to main content



# STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## CORPORATION
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20231124648 |
| Date Filed: 7/17/2023 |

---

**Entity Details**

| | |
|---|---|
| Corporation Name | PHH MORTGAGE CORPORATION |
| Entity No. | 1289103 |
| Formed In | NEW JERSEY |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 1661 WORTHINGTON ROAD,<br>SUITE 100<br>WEST PALM BEACH, FL 33409 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| ■ Sean B. O'Neil | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 | Chief Financial Officer |
| ■ Joseph J. Samarias | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 | Secretary |
| ■ Glen A. Messina | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 | Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | mortgage lending and servicing |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**California**
*Secretary of State*

Business    UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

**Basic Search**

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

**Advanced Search**

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

PHH MORTGAGE CORPORATION (1289103)



Request
Certificate

| | |
|---|---|
| Initial Filing Date | 10/28/1985 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | NEW JERSEY |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 2000 MIDLANTIC DRIVE SUITE 410-A MOUNT LAUREL, NJ 08054 |
| Mailing Address | 1661 WORTHINGTON ROAD, SUITE 100 WEST PALM BEACH,FL33409 |
| Statement of Info Due Date | 10/31/2024 |
| Agent | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | BECKY DEGEORGE 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | NICOLE STAUSS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | JENN BAUTISTA 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | REBECCA VANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | ALEX JENKINS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | WENDY HARRIS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | MELISSA DEKOVEN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | KACI RANSOM 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |

Skip to main content

 The State Bar *of California*

**Donald Sherrill #266038**
**License Status: Active**

Address: Hunt & Henriques, LLP, 7017 Realm Dr, San Jose, CA 95119-1321
Phone: 408-677-5822 | Fax: Not Available
Email: DSherrill@hunthenriques.com | Website: Not Available

## More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/4/2009 | Admitted to the State Bar of California | | |

Additional Information:
- About the disciplinary system

Copyright © 2024 The State Bar of California

  



## STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## LIMITED LIABILITY COMPANY

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516



For Office Use Only

# -FILED-

File No.: BA20240327184

Date Filed: 2/20/2024

---

**Entity Details**

| | |
|---|---|
| Limited Liability Company Name | PORTFOLIO RECOVERY ASSOCIATES, LLC |
| Entity No. | 200413310140 |
| Formed In | DELAWARE |

**Street Address of Principal Office of LLC**

| | |
|---|---|
| Principal Address | 120 CORPORATE BLVD<br>NORFOLK, VA 23502 |

**Mailing Address of LLC**

| | |
|---|---|
| Mailing Address | 150 CORPORATE BLVD<br>NORFOLK, VA 23502 |
| Attention | |

**Street Address of California Office of LLC**

| | |
|---|---|
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| ➕ Craig Dewey | 120 CORPORATE BLVD<br>NORFOLK, VA 23502 |
| ➕ James Dickson | 120 CORPORATE BLVD<br>NORFOLK, VA 23502 |

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | DEBT PURCHASER |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

California
*Secretary of State*

Business  UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

### Advanced Search

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

**Disclaimer:** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the*

Skip to main content ‹state›

## PORTFOLIO RECOVERY ASSOCIATES, LLC (200413310140)

| | |
|---|---|
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Foreign Name | PORTFOLIO RECOVERY ASSOCIATES, L.L.C. |
| Entity Type | Limited Liability Company - Out of State |
| Principal Address | 120 CORPORATE BLVD NORFOLK, VA 23502 |
| Mailing Address | 150 CORPORATE BLVD NORFOLK,VA23502 |
| Statement of Info Due Date | 03/31/2026 |
| Agent | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | BECKY DEGEORGE 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | NICOLE STAUSS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | JENN BAUTISTA 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | REBECCA VANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | ALEX JENKINS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | WENDY HARRIS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | MELISSA DEKOVEN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | KACI RANSOM 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | ANNETTE KUHLMAN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | JEROME SUAREZ 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | SAMANTHA WILTZ 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | PARID KURBINI 2710 GATEWAY OAKS |