| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>PHILIP MOORE, and<br><br>BONNIE MOORE,<br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-14289-WJ<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| | [No Hearing Required] |

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): <u>03/18/2024</u>    Movant(s) filed a motion or application (Motion) entitled: <u>Motion to Avoid Lien Under</u>
<u>11 U.S.C. §522(f) (Real Property)</u>

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): <u>04/18/2024</u>    Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than <u>24</u> days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*　　　　　　　　　　Page 1　　　　　　　**F 9013-1.2.NO.REQUEST.HEARING.DEC**

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: <u>05/14/2024</u>          <u>/s/Benjamin Heston_____</u>
                                 Signature


                                 <u>Benjamin Heston_____</u>
                                 Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3090 Bristol Street, Suite 400
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/14/2024    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lynda T. Bui (TR)      trustee.bui@shulmanbastian.com, C115@ecfcbis.com
Joseph C Delmotte      ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
United States Trustee (RS)      ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 05/14/2024    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/14/2024 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                Page 3                      **F 9013-1.2.NO.REQUEST.HEARING.DEC**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**NEXUS BANKRUPTCY**<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>**PHILIP MOORE, and**<br><br>**BONNIE MOORE,** | CASE NUMBER: **6:23-bk-14289-WJ**<br><br>CHAPTER 7 |
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
| Debtor(s). | [No hearing required unless requested under LBR 9013-1(o)] |

| |
|---|
| **Creditor Name:    COACHELLA VALLEY COLLECTION SERVICE** |

**TO THE CREDITOR, ATTORNEY FOR CREDITOR, AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (i.e., without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

3. Type of Case:
   a. ☒ A voluntary petition under Chapter    ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on: **9/20/2023**
   b. ☐ An involuntary petition under Chapter    ☐ 7 ☐ 11 was filed on:
      ☐ An order of relief under Chapter    ☐ 7 ☐ 11 was entered on:
   c. ☐ An order of conversion to Chapter    ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on:
   d. ☐ Other:

4. Procedural Status:
   a. ☒ Name of trustee appointed *(if any)*: **Lynda Bui**
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

| |
|---|
| *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*<br>*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. Debtor claims an exemption in the subject real property under:
   a. ☒ California Code of Civil Procedure §704.730 (Homestead): Exemption amount claimed on schedules: **$615,000**
   b. ☐ California Code of Civil Procedure § __ Exemption amount claimed on schedules: $__
   c. ☐ Other statute *(specify)*: _____

6. Debtor's entitlement to an exemption is impaired by judicial lien, the details of the lien are as follows:
   a. Date of entry of judgment *(specify)*: **2/7/2020**
   b. Case name *(specify)*: **Coachella Valley Collection Service v. Moore**
   c. Name of court: **Riverside Superior Court – Moreno Valley Division**
   d. Docket number *(specify)* **MVC1909645**
   e. Date *(specify)*: **9/8/2020** and place of recordation of lien *(specify)*: **Official Records of the County of Riverside**
   f. Recorder's instrument number *(specify)*: **2020-0420835**

7. The property claimed to be exempt is as follows:
   a. Street address, city, county and state, where located, *(specify)*: **22371 Village Way Drive**
      **Canyon Lake, CA 92587**

   b. Legal description *(specify)*: **The land referred to herein is situated in the State of California, County of Riverside, City of Canyon Lake, and described as follows:**

      **Parcel 1: Lot 74 of Tract No. 3719, as shown by map on file in Book 58 Pages 49 through 65 inclusive of maps, records of Riverside County, California. Excepting therefrom an undivided 1116"' interest of all coal, oil, oil shale, gas, phosphate, sodium and all other mineral deposits in said land, as reserved to the State of California, by provisions of an Act of the Legislature, Statutes of 1921, Page 404 and amendments thereto.**

      **Parcel 2: An easement to be used in common with others lettered Lots B through EE inclusive of Tract No. 3719, as shown by map on file in Book 59 Pages 49 through 65 inclusive of maps, records of Riverside County, California. APN: 354-082-001-1.**

      ☐ See attached page

8. Debtor acquired the property claimed exempt on the following date *(specify)*: **12/15/2010**

9. Debtor alleges that the fair market value of the property claimed exempt is: **$685,000**

10. The subject property is encumbered with the following liens (*list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion*):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| PHH Mortgage Services | ☐ | 10/9/2013 | $240,000.00 | $214,962.27 | 9/18/2023 |
| American Express | ☐ | 11/23/2016 | $83,259.97 | $142,386.08 | 9/20/2023 |
| Portfolio Recovery Associates | ☐ | 10/2/2019 | $2,247.92 | $3,176.08 | 9/20/2023 |
| Portfolio Recovery Associates | ☐ | 10/2/2019 | $23,618.76 | $33,350.99 | 9/20/2023 |
| Bank of America | ☐ | 3/23/2020 | $13,333.82 | $18,678.31 | 9/20/2023 |
| Coachella Valley Collection Service | ☒ | 9/8/2020 | $1,091.68 | $1,486.79 | 9/20/2023 |
| Cavalry SPV I | ☐ | 1/8/2021 | $4,806.21 | $6,651.05 | 9/20/2023 |
| Dallaswhite Corporation | ☐ | 6/1/2021 | $405,000.00 | $530,050.68 | 9/20/2023 |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017    Page 2    F 4003-2.1.AVOID.LIEN.RP.MOTION

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):
   a. ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor
   b. ☒ Appraisal of the property
   c. ☒ Documents showing current balance due as to the liens specified in paragraph 10 above
   d. ☒ Recorded Abstract of Judgment
   e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
   f. ☐ Declaration(s)
   g. ☐ Other *(specify):*

12. Total number of attached pages of supporting documentation: **66**

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

Date: **1/2/2024**
_____
Signature of Debtor
**Philip Moore**
Printed name of Debtor

Date: **1/2/2024**
_____
Signature of Joint Debtor
**Bonnie Moore**
Printed name of Joint Debtor

Date: **1/2/2024**
_____
Signature of Attorney for Debtor
**Benjamin Heston**
Printed name of Attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 3                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer: Coachella Valley Collection Service**

2. **Subject Lien:** Date and place of recordation of lien (*specify*): **9/8/2020, Official Records of Riverside County**
   Recorders instrument number or document recording number: **2020-0420835**

3. **Collateral:**  Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:

   Street address: **22371 Village Way Drive, Canyon Lake, CA 92587**

   Legal description:

   **The land referred to herein is situated in the State of California, County of Riverside, City of Canyon Lake, and described as follows:**

   **Parcel 1: Lot 74 of Tract No. 3719, as shown by map on file in Book 58 Pages 49 through 65 inclusive of maps, records of Riverside County, California. Excepting therefrom an undivided 1116'' interest of all coal, oil, oil shale, gas, phosphate, sodium and all other mineral deposits in said land, as reserved to the State of California, by provisions of an Act of the Legislature, Statutes of 1921, Page 404 and amendments thereto.**

   **Parcel 2: An easement to be used in common with others lettered Lots B through EE inclusive of Tract No. 3719, as shown by map on file in Book 59 Pages 49 through 65 inclusive of maps, records of Riverside County, California. APN: 354-082-001-1.**

   ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: ....................................................................................... **$685,000.00**
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: .................................................................. (**$214,962.27**)
      (2) Second lien: ............................................................. (**$142,386.08**)
      (3) Third lien: .................................................................. (**$3,176.08**)
      (4) Additional senior liens (*attach list*): ........................... (**$52,029.30**)
   c. Amount of Debtor's exemption(s): ........................................... (**$615,000.00**)
   d. Subtotal: ........................................................................................ (**$1,027,553.73**)
   e. Secured Claim Amount (negative results should be listed as -$0-): .............  (**-$0-**)

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

**Lien avoidance:**  Debtor's request to avoid the Subject Lien is granted as follows.  The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b).  The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations).  The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017    Page 4    F 4003-2.1.AVOID.LIEN.RP.MOTION

# EXHIBIT A

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Philip**                    **Moore** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2<br>(Spouse, if filing) | **Bonnie**                    **Moore** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **Central District of California** | |
| Case number<br>(if known) | **6:23-bk-14289-WJ** | |

☑ Check if this is an
amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt                                    04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).**

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>22371 Village Way Drive Canyon Lake, CA 92587-7588<br><br>Line from *Schedule A/B*:    1.1 | $685,000.00 | ☑ $615,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| Brief description:<br>2016 Polaris RZR<br><br>Line from *Schedule A/B*:    3.1 | $10,000.00 | ☑ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☐ No
   - ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☑ No
     - ☐ Yes

| Debtor 1 | **Philip** | | **Moore** | |
|---|---|---|---|---|
| Debtor 2 | **Bonnie** | | **Moore** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)*  6:23-bk-14289-WJ

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: Household goods and furnishings  Line from *Schedule A/B*: 6 | $2,000.00 | ☑ $2,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Electronics  Line from *Schedule A/B*: 7 | $1,500.00 | ☑ $1,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Equipment for sports and hobbies  Line from *Schedule A/B*: 9 | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Firearms  Line from *Schedule A/B*: 10 | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Clothes  Line from *Schedule A/B*: 11 | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Jewelry  Line from *Schedule A/B*: 12 | $1,200.00 | ☑ $1,200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Brief description: Pets  Line from *Schedule A/B*: 13 | unknown | ☑ unknown <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Cash  Line from *Schedule A/B*: 16 | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |

| Debtor 1 | **Philip** | | **Moore** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Bonnie** | | **Moore** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* 6:23-bk-14289-WJ |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>California Coast Credit Union<br>Checking account<br><br>Line from *Schedule A/B:* ___17___ | $1,109.00 | ☑ $1,109.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |
| Brief description:<br>Venmo<br>Checking account<br><br>Line from *Schedule A/B:* ___17___ | $28.00 | ☑ $28.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |
| Brief description:<br>Bank of America<br>Checking account<br><br>Line from *Schedule A/B:* ___17___ | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070(b)(2) |

Official Form 106C    **Schedule C: The Property You Claim as Exempt**    page 3 of 3

# EXHIBIT B

1  **NEXUS BANKRUPTCY**
   BENJAMIN HESTON (297798)
2  3090 Bristol Street #400
   Costa Mesa, CA 92626
3  Tel: 949-312-1377
   Fax: 949-288-2054
4  *ben@nexusbk.com*

5  Attorney for Debtors

6              **UNITED STATES BANKRUPTCY COURT**

7              **CENTRAL DISTRICT OF CALIFORNIA**

8                    **RIVERSIDE DIVISION**

9  | In re: | Case No.: 6:23-bk-14289-WJ |
   |---|---|
10 | PHILIP MOORE, and | Chapter 7 |
11 | BONNIE MOORE, | **DECLARATION OF DIANNA DUNN** |
   | | **REGARDING DEBTORS' MOTION TO** |
12 | Debtors. | **AVOID LIEN UNDER 11 U.S.C §522(f)** |
   | | **[REAL PROPERTY]** |

15              **DECLARATION OF DIANNA DUNN**

16     I, Dianna Dunn, declare as follows:

17  1. I have personal knowledge of all matters stated herein. On all matters stated on

18     information and belief, I believe those allegations to be true. I could competently testify

19     to the allegations contained herein.

20  2. I am a certified residential appraisal with an active license from the California Bureau of

21     Real Estate Appraisers. Attached hereto is a true and correct copy of my licensure

22     information and qualifications obtained from the website for the California Bureau of

23     Real Estate Appraisers.

24  3. On December 4, 2023, I conducted an in-person appraisal of the property located at

       22371 Village Way Drive, Canyon Lake, California 92587. Attached hereto is a true and

       correct copy of the appraisal report that I prepared.

                                   1

1    4.   Based on the factors outlined in this appraisal, I believe that the Property had a fair

2         market value of $685,000 as of September 20, 2023.

3         I declare under penalty of perjury under the laws of the United State and the State of

4    California that the foregoing is true and correct.

5

6    Date: December 28, 2023

     DIANNA DUNN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2

# Department of Consumer Affairs
## Bureau of Real Estate Appraisers

# Licensee Details

New Search

| | |
|---|---|
| First Name: | Dianna |
| Last Name: | Dunn |
| License Number: | 023017 |
| Company: | Pacific Appraisals |
| Phone: | (951) 261-8055 |
| Street: | PO Box 982 |
| City: | Lake Elsinore |
| State: | CA |
| Zip: | 92531 |
| County: | Riverside |
| License Level: | AR |
| License Status: | Active |
| Effective Date: | 03/02/2023 |
| End Date: | 03/01/2025 |
| Renewal Effective Date: | |
| Renewal Expiration Date: | |
| Next Renewal: | USPAP |
| Compliance: | |
| ADA Documents: | |

# License History

| License | Status | Start Date | End Date |
|---|---|---|---|
| Certified Residential | Renewal | 03/02/2023 | 03/01/2025 |
| Certified Residential | Renewal | 03/02/2021 | 03/01/2023 |
| Certified Residential | Upgrade | 09/05/2019 | 03/01/2021 |
| Residential | Renewal | 03/02/2019 | 03/01/2021 |
| Residential | Renewal | 03/02/2017 | 03/01/2019 |
| Residential | Renewal | 03/02/2015 | 03/01/2017 |
| Residential | Renewal | 03/02/2013 | 03/01/2015 |
| Residential | Initial | 03/02/2011 | 03/01/2013 |
| Residential | Renewal | 07/25/1998 | 07/24/2002 |
| Residential | Upgrade | 03/13/1996 | 07/24/1998 |
| Trainee | Upgrade | 03/13/1996 | 07/24/1998 |
| | Initial | 03/12/1994 | 03/12/1996 |

## Course History

Course History shown for January 1, 2013 and beyond. Contact BREA for further history.

| Completed Date | Course Title | Course Number |
|---|---|---|
| 01/15/2023 | Laws and Regulations for California Appraisers | 16CP167303080 |
| 01/14/2023 | 2022-2023 7-Hour National USPAP Update Course- Online | 21CP167303162 |
| 12/15/2022 | California Elimination of Bias and Cultural Competency for Appraisers | 22CP167303187 |
| 12/12/2022 | Appraisal of REO and Foreclosure Properties | 17CP167303087 |
| 10/24/2022 | Divorce and Estate Appraisals: Elements of Non-Lender Work | 16CP167303072 |
| 09/06/2022 | Market Disturbances- Appraisals in Atypical Markets and Cycles | 21CP167303158 |
| 08/30/2022 | Introduction to Expert Witness Testimony for Appraisers- To Do or Not To Do | 16CP167303070 |
| 08/29/2022 | The FHA Handbook 4000.1 | 15CP167303043 |
| 06/09/2022 | Valuation of Residential Solar- Live Webinar | 21CP167303167 |
| 06/06/2022 | Best Practices for Completing Bifurcated and Hybrid Appraisals | 20CP167303137 |
| 05/26/2022 | Introduction to the Uniform Appraisal Dataset | 11167C139 |
| 01/28/2022 | Measuring 1-4 Unit Residential Properties-with ANSI Z765 Standard: Live Webinar | 21CP167303174 |
| 01/29/2021 | 2020-2021 7-Hour National USPAP Update Course | 19CP167303122 |
| 01/12/2019 | 2018-2019 7-Hour National Uspap Update Course | 17CP167303095 |
| 01/03/2019 | Laws and Regulations for California Appraisers | 16CP167303080 |
| 12/31/2018 | Statistics, Modeling and Finance - Virtual Classroom | 08167026 |
| 11/26/2018 | Appraisal Subject Matter Electives | 08167027 |
| 10/26/2018 | Advanced Residential Application & Case Studies | 08167028 |
| 01/05/2017 | 2016-2017 7 Hour National Uspap Update Course | 15CP167303053 |
| 01/26/2015 | Even Odder: More Oddball Appraisals | 08167C181 |
| 01/23/2015 | 2 - 4 Family Finesse | 06167C167 |
| 01/21/2015 | Mortgage Fraud- Protect Yourself | 08167C179 |
| 01/12/2015 | Online 2014-2015 7 hour National Uspap Update Course | 13CP167303017 |
| 01/07/2015 | Laws and Regulations for California Appraisers | 12167C163 |
| 01/06/2015 | Appraising Manufactured Homes | 11167C134 |
| 11/03/2014 | The Nuts and Bolts of Green Building for Appraisers | 10167C114 |
| 11/02/2014 | Residential Appraisal Review | 11167C136 |
| 01/11/2013 | Online 2012-2013 National Uspap Update Course | 11167C149 |

New Search



APPRAISAL OF REAL PROPERTY

LOCATED AT:
22371 Village Way Dr
Lot 74 MB 058/049 TR 3719
Canyon Lake, CA 92587

FOR:
Phil Moore
22371 Village Way Drive
Canyon Lake, CA  92587

AS OF:
09/20/2023 (Retrospective)

BY:
Dianna S Dunn
Pacific Appraisals
951-261-8055 Office
951 445-0725 Cell
pacificappraisal1@gmail.com
www.pacificappraisal.com

Dianna S Dunn
Pacific Appraisals
P. O. Box 982
Lake Elsinore, CA 92531


November 30, 2023


Phil Moore
22371 Village Way Drive
Canyon Lake, CA 92587


Re:  Property:    22371 Village Way Dr
                  Canyon Lake, CA 92587
     Owner:       N/A
     File No.:    F230049


In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is
attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report as of
**September 20, 2023** (Retrospective), as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood
and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed
and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the
certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional
service to you.


Sincerely,

Dianna S Dunn
AR023017 - Certified Residential Real Estate Appraiser
951-261-8055

# RESIDENTIAL APPRAISAL REPORT

File No.: F230049

## SUBJECT

| | |
|---|---|
| Property Address: 22371 Village Way Dr | City: Canyon Lake State: CA Zip Code: 92587 |

County: Riverside    Legal Description: Lot 74 MB 058/049 TR 3719

Assessor's Parcel No.: 354-082-001

Tax Year: 2023    R.E. Taxes: $ 5,406.58    Special Assessments: $ 0    Borrower (if applicable): N/A

Current Owner of Record: Philip Moore/Bonnie E Moore    Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☒ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)    HOA: $ 318 ☐ per year ☒ per month

Market Area Name: Canyon Lake    Map Reference: 867-C3    Census Tract: 0427.14

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☐ Current (the Inspection Date is the Effective Date) ☒ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach    (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: The purpose and intended use of this report is to develop and report an opinion of market value to assist the client in evaluating
the subject property as of September 20, 2023 (Retrospective), for bankruptcy purposes.

Intended User(s) (by name or type):    The intended user of this report is Phillip Moore for bankruptcy purposes.

Client: Phil Moore    Address: 22371 Village Way Drive, Canyon Lake, CA 92587

Appraiser: Dianna S Dunn    Address: P O Box 982, Lake Elsinore, CA 92531

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use | |
|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit | 75 % | ☒ Not Likely | |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☐ Owner | Low 33 | | 2-4 Unit | 0 % | Likely * | ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 451K | | Multi-Unit | 0 % | * To: | |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 895K High 40 | | Comm'l | 0 % | | |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 650K Pred 38 | | Parks/Lake | 25 % | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): See attached addenda.

## SITE DESCRIPTION

Dimensions: See Plat Map Addendum    Site Area: 7,840 sf

Zoning Classification: R-1    Description: One Family Dwelling

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown    Have the documents been reviewed? ☐ Yes ☐ No    Ground Rent (if applicable) $        /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential    Use as appraised in this report: Residential

Summary of Highest & Best Use: The highest and best use of subject property as improved is the present use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Above Street Grade/Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Public Utility | Street | Asphalt | ☒ | ☐ | Size | Typical |
| Gas | ☒ | ☐ | None | Curb/Gutter | Concrete | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | Public Utility | Sidewalk | Concrete | ☒ | ☐ | Drainage | Appears Adequate |
| Sanitary Sewer | ☒ | ☐ | Public Utility | Street Lights | Incandescent | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | In Area | Alley | None | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 06065C2042G    FEMA Map Date 08/28/2008

Site Comments: The subject is located on an inside lot above street grade (cul-de-sac). The lot size is typical for the area. Topography is level
to gently rolling. No external or adverse conditions noted. Subject has propane for heating spa.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete/Good | Slab | 100% | Area Sq. Ft. | 0 | Type | FAU |
| # of Stories | 1 | Exterior Walls | Stucco/Good | Crawl Space | 0% | % Finished | 0 | Fuel | Electric |
| Type ☒ Det. ☐ Att. | | Roof Surface | Tile/Good | Basement | None | Ceiling | N/A | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | None | Sump Pump | ☐ None | Walls | N/A | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Vinyl-Wd/Good | Dampness | NoneNoted | Floor | N/A | Central | CAC |
| Actual Age (Yrs.) | 35 | Storm/Screens | None | Settlement | None Noted | Outside Entry | N/A | | |
| Effective Age (Yrs.) | 15 | | | Infestation | None Noted | | | Car Storage | ☐ None |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Hardwood-Good | Refrigerator | [P] | Stairs | | Fireplace(s) # 1 | Woodstove(s) # 0 | Garage # of cars 3 Tot.) | |
| Walls | Drywall/Good | Range/Oven | ☒ | Drop Stair | | Patio | Open/Covered | Attach. | 3 |
| Trim/Finish | Wood/Good | Disposal | ☒ | Scuttle | ☒ | Deck | None | Detach. | |
| Bath Floor | Tile-Good | Dishwasher | ☒ | Doorway | | Porch | Covered | Blt.-In | |
| Bath Wainscot | Granite/Good | Fan/Hood | ☒ | Floor | | Fence | Wood/Block/Iron | Carport | |
| Doors | Paneled-Good | Microwave | ☒ | Heated | | Pool | Pool/Spa | Driveway x 3-Car | |
| | | Washer/Dryer | [P] | Finished | | Other | BBQ/CourtYard | Surface Concrete | |

Finished area above grade contains:    6 Rooms    3 Bedrooms    2.0 Bath(s)    1,696 Square Feet of Gross Living Area Above Grade

Additional features:    See Addendum

Describe the condition of the property (including physical, functional and external obsolescence):    See attached addenda.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: F230049

| TRANSFER HISTORY | | |
|---|---|---|
| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | | |
| Data Source(s): SoCal MLS/ParcelQuest | | |

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: Subject property has not transferred |
|---|---|
| Date: 12/21/2010 | ownership within the prior 36 months. Comparables 1, 2, 3, 4, 5 and 6 have not transferred within the |
| Price: $200,000 | prior 12 months. |
| Source(s): ParcelQuest | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)    ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 22371 Village Way Dr<br>Canyon Lake, CA 92587 | 23031 Widgeon Pl<br>Canyon Lake, CA 92587 | | 23216 Continental Dr<br>Canyon Lake, CA 92587 | | 30397 S Fork Dr<br>Canyon Lake, CA 92587 | |
| Proximity to Subject | | 0.60 miles E | | 0.87 miles E | | 1.56 miles E | |
| Sale Price | $ N/A | | $ 700,000 | | $ 664,000 | | $ 675,000 |
| Sale Price/GLA | $ N/A /sq.ft. | $ 380.02 /sq.ft. | | $ 406.36 /sq.ft. | | $ 399.41 /sq.ft. | |
| Data Source(s) | Physical Inspection | CRMLS#NDP2305146;DOM 2 | | CRMLS#IV23135427;DOM 22 | | CRMLS#SW23064969;DOM 5 | |
| Verification Source(s) | ParcelQuest/MLS | MLS/ParcelQuest/Doc#230888 | | MLS/ParcelQuest/Doc#253898 | | MLS/ParcelQuest/Doc#137599 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Conv | | Cash | | Conv | |
| Concessions | N/A | 0 | | 4000 | -4,000 | 250 | -250 |
| Date of Sale/Time | N/A | 08/08/2023 | | 08/28/2023 | | 05/12/2023 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | FrontsFeederSt | +20,000 | SidesFeederSt | +10,000 |
| Site | 7,840 sf | 8,712 sf | | 7,405 sf | | 7,405 sf | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 35 | 36 | | 34 | | 37 | |
| Condition | Good | Good/SimilarUpgrd | | Good/SimilarUpgrd | | Good/SimilarUpgrd | |
| Above Grade | Total 6 Bdrms 3 Baths 2.0 | Total 6 Bdrms 3 Baths 2.0 | | Total 6 Bdrms 3 Baths 2.0 | | Total 6 Bdrms 3 Baths 2.0 | |
| Room Count | | | | | | | |
| Gross Living Area | 1,696 sq.ft. | 1,842 sq.ft. | -17,500 | 1,634 sq.ft. | | 1,690 sq.ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3 Car Garage | 3 Car Garage | -10,000 | 3 Car Garage | -10,000 | 3 Car Garage | -5,000 |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | Patio/Porch | |
| Fireplace | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Amenities | Pool/Spa | None | +15,000 | Pool/Spa | | BoatPkng | +15,000 |
| ListPrice/DaysonMarket | N/A | $659,000/2 | | $724,800/22 | | $649,900/5 | |
| Type of Sale | N/A | Standard Sale | | Standard Sale | | Standard Sale | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -12,500 | ☒ + ☐ - | $ 6,000 | ☒ + ☐ - | $ 19,750 |
| Adjusted Sale Price | | 1.8 | | 0.9 | | 2.9 | |
| of Comparables | | 6.1 | $ 687,500 | 5.1 | $ 670,000 | 4.5 | $ 694,750 |

Summary of Sales Comparison Approach    All sales are located within close proximity to subject. All sales are considered most representative of subject's estimate of fair market value. The appraiser has examined all sales that have transpired within the prior 13 month time frame of 08/20/2022 to 09/20/2023 and utilized the most recent in time, closest in location and most like subject in gross living area, age and condition/upgrades. Sales utilized are believed to be the best and only comparables available. As the market is indicated to be relatively stable over the prior twelve month time frame, time adjustment have been found unwarranted.

The individual line adjustments based on match paring, agent collaboration and an estimated cost to replicate the upgrade/remodeling differences. The sales used represent a good substitution for the subject property based on similar overall GLA, bedroom/bath count, year built, quality of construction and location. GLA adjustments applied at $120 per sq ft. Age adjustments found unwarranted as all properties are relatively similar in overall remaining economic life and interior upgrades/condition. Lot size adjustments found unwarranted as all lots are similar in size (less than 2,000 sq ft difference). Garage bay count adjusted at $5,000 per bay and is based on a percentage of replacement cost. Adverse location is adjusted at $10,000 and is based on extensive analysis of sales prices of properties experiencing traffic flow/noise influence verses none. Pool/Spa adjustments applied at $10,000 and are based on paired sales analysis. Solar power owned adjusted at $30,000 and based on estimated replacement costs. Adverse location adjustments applied at $10,000 and $20,000 as explained, and are based on analysis of sales prices of properties with similar adverse locations verses no adversity. Sales utilized are considered good purchase alternatives. Sales utilized are considered the best comparables available and the most appropriate in representation of subject property.

Insufficient data available to extract market support for RV or boat parking, therefore no adjustments applied.

Comparable 1 is superior in gross living area and similar in bath count. As subject does not have a fully functional 3 car garage due to garage conversion of two car section to office space, we are adjusting down the sales comparables at $5,000 per bay. This property is inferior in pool/spa amenities.

Comparable 2 is very similar in gross living area and bath count. Garage bays have been adjusted. It is also similar in pool/spa amenities. This property fronts a feeder street experiencing increased traffic flow and noise, which have been adjusted at $20,000 as it experiences constant traffic flow. This sale incurred sales concessions in the amount of $4,000 which have been adjusted down as sales concessions are not typical in the area.

See Additional Comparables page 6 for continued Sales Comparison Summary and Reconciliation commentary

Indicated Value by Sales Comparison Approach $    685,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL REPORT
File No.: F230049

## COST APPROACH

COST APPROACH TO VALUE (if developed)    ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | = $ |
|---|---|---|
| Source of cost data: | DWELLING    Sq.Ft. @ $ | = $ |
| Quality rating from cost service:    Effective date of cost data: | Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | = $ |
| | Sq.Ft. @ $ | = $ |
| | Sq.Ft. @ $ | = $ |
| | | = $ |
| | Garage/Carport    Sq.Ft. @ $ | = $ |
| | Total Estimate of Cost-New | = $ |
| | Less    Physical    Functional    External | |
| | Depreciation | = $( ) |
| | Depreciated Cost of Improvements | = $ |
| | "As-is" Value of Site Improvements | = $ |
| | | = $ |
| | | = $ |
| Estimated Remaining Economic Life (if required):    Years | INDICATED VALUE BY COST APPROACH | = $ |

## INCOME APPROACH

INCOME APPROACH TO VALUE (if developed)    ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM):

## PUD

PROJECT INFORMATION FOR PUDs (if applicable)    ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project:    Canyon Lake

Describe common elements and recreational facilities:    383 acre lake with 14.9 miles of shoreline. Common areas include a private golf course, swimming pools, tot lots, parks, beaches, baseball complex and tennis courts.

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $    685,000    Cost Approach (if developed) $    N/A    Income Approach (if developed) $    N/A

Final Reconciliation    The Sales Comparison Analysis was given most consideration as it is deemed the best indicator of value. As this is a predominantly owner occupied area limited rental data. As a result the Income Approach was considered but not used. Due to the difficulty in establishing a defendable land value the Cost Approach was considered however not developed.

This appraisal is made ☒ "as is",    ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed,    ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed,    ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:    The purpose and intended use of this report is to develop and report an opinion of market value to assist the client in evaluating the subject property as of September 20, 2023 (Retrospective) for bankruptcy purposes.
☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is $    685,000    as of:    September 20, 2023 (Retrospective)    , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains    37    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work    ☒ Limiting Cond./Certifications    ☒ Narrative Addendum    ☒ Photograph Addenda    ☒ Sketch Addendum
☒ Map Addenda    ☒ Additional Sales    ☐ Cost Addendum    ☐ Flood Addendum    ☐ Manuf. House Addendum
☐ Hypothetical Conditions    ☒ Extraordinary Assumptions

Client Contact:    Phil Moore    Client Name:    Phil Moore
E-Mail:    phil@oceancontracting.net    Address:    22371 Village Way Drive, Canyon Lake, CA 92587

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *[signature: Dianna S Dunn]* | |
| Appraiser Name:    Dianna S Dunn | Supervisory or Co-Appraiser Name: |
| Company:    Pacific Appraisals | Company: |
| Phone: (951) 261-8055    Fax: | Phone:    Fax: |
| E-Mail:    pacificappraisal1@gmail.com | E-Mail: |
| Date of Report (Signature):    12/04/2023 | Date of Report (Signature): |
| License or Certification #:    AR023017    State:    CA | License or Certification #:    State: |
| Designation:    Certified Residential Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification:    03/01/2025 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection:    11/30/2023 | Date of Inspection: |



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# ADDITIONAL COMPARABLE SALES

File No.: F230049

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 22371 Village Way Dr<br>Canyon Lake, CA 92587 | 23296 Clipper Ct<br>Canyon Lake, CA 92587 | | 30895 Emperor Dr<br>Canyon Lake, CA 92587 | | 30407 Bear River Dr<br>Canyon Lake, CA 92587 | |
| Proximity to Subject | | 0.92 miles NE | | 1.28 miles E | | 1.44 miles E | |
| Sale Price | $ N/A | $ 680,000 | | $ 730,000 | | $ 682,000 | |
| Sale Price/GLA | $ N/A /sq.ft. | $ 413.12 /sq.ft. | | $ 411.96 /sq.ft. | | $ 398.36 /sq.ft. | |
| Data Source(s) | Physical Inspection | CRMLS#SW23078460;DOM 6 | | CRMLS#SW23104225;DOM 1 | | CRMLS#SW23128588;DOM 4 | |
| Verification Source(s) | ParcelQuest/MLS | MLS/ParcelQuest/Doc#171738 | | MLS/ParcelQuest/Doc#190979 | | MLS/ParcelQuest/Doc#257428 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Conv | | Cash | | Conv | |
| Concessions | N/A | 0 | | 0 | | 0 | |
| Date of Sale/Time | N/A | 06/15/2023 | | 06/30/2023 | | 08/30/2023 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 7,840 sf | 8,276 sf | | 8,712 sf | | 7,405 sf | |
| View | Residential | City Lights/Hills | -13,600 | Residential | | Residential | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 35 | 39 | | 37 | | 39 | |
| Condition | Good | Good/SimilarUpgrd | | Good/SimilarUpgrd | | Good/SimilarUpgrd | |
| Above Grade | Total: 6  Bdrms: 3  Baths: 2.0 | Total: 6  Bdrms: 3  Baths: 2.0 | | Total: 7  Bdrms: 4  Baths: 2.0 | | Total: 7  Bdrms: 3  Baths: 2.0 | |
| Room Count | | | | | | | |
| Gross Living Area | 1,696 sq.ft. | 1,646 sq.ft. | | 1,772 sq.ft. | | 1,712 sq.ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None | None | | SolarPwr-Own | -30,000 | None | |
| Garage/Carport | 3 Car Garage | 2 Car Garage | -5,000 | 3 Car Garage | -10,000 | 2 Car Garage | -5,000 |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | Patio/Porch | |
| Fireplace | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Amenities | Pool/Spa | BoatPkng | +15,000 | Pool/Spa | | None | +15,000 |
| ListPrice/DaysonMarket | N/A | $650,000/6 | | $725,000/1 | | $675,000/4 | |
| Type of Sale | N/A | Standard Sale | | Standard Sale | | Standard Sale | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -3,600 | ☐ + ☒ - | $ -40,000 | ☒ + ☐ - | $ 10,000 |
| Adjusted Sale Price | | 0.5 | | 5.5 | | 1.5 | |
| of Comparables | | 4.9 | $ 676,400 | 5.5 | $ 690,000 | 2.9 | $ 692,000 |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach    Comparable 3 is similar in gross living area and bath count. Garage bays have been adjusted. It is also similar in pool/spa amenities. This property sides a feeder street experiencing increased traffic flow and noise, which has been adjusted at $10,000 as it does not front the street, has a very large set back from the street, however still experiences traffic noise. This property is inferior in pool/spa amenities also.  This sale incurred sales concessions in the amount of $250 which have been adjusted down as sales concessions are not typical in the area.

Comparable 4 is also similar in gross living area and bath count and inferior in pool/spa amenities. Garage bay count has been adjusted down. City Lights/Hill view has been adjusted 2%, as the view is actually seen form an extended enclosed patio which is identified as a "sun room" in MLS comments and not a view noted from inside the house.

Comparable 5 is slightly superior in gross living area and similar in bath count. This sale is superior in solar power owned amenity, however similar in pool/spa amenity. Garage bay count has been adjusted down.

Comparable 6 is also slightly superior in gross living area and similar in bath count. Garage bay count has been adjusted down. It is also inferior in pool/spa amenities.

Greatest weight is given comparables 2, 3 and 4 as most like subject in gross living area with comparable 2 similar in pool/spa amenities. Remaining weight given comparables 1, 5 and 6 providing adequate size bracketing, with comparable 5 similar in pool/spa amenities.

All sales comparables are very similar in interior upgrades/condition.

MLS photos utilized as they are believed to be most representative of the sales comparables condition at the time of sale.

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

## Assumptions, Limiting Conditions & Scope of Work

File No.:  F230049

| Property Address: | 22371 Village Way Dr | | City: Canyon Lake | State: CA | Zip Code:  92587 |
|---|---|---|---|---|---|
| Client: | Phil Moore | Address: | 22371 Village Way Drive, Canyon Lake, CA 92587 | | |
| Appraiser: | Dianna S Dunn | Address: | P O Box 982, Lake Elsinore, CA 92531 | | |

### STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

## Certifications

File No.: F230049

| | | | |
|---|---|---|---|
| Property Address: | 22371 Village Way Dr | City: Canyon Lake | State: CA Zip Code: 92587 |
| Client: | Phil Moore | Address: | 22371 Village Way Drive, Canyon Lake, CA 92587 |
| Appraiser: | Dianna S Dunn | Address: | P O Box 982, Lake Elsinore, CA 92531 |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or my opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications: None

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

**DEFINITION OF FAIR MARKET VALUE** as required by Internal Revenue Service:

Fair market value (FMV) is the price that property would sell for on the open market. It is the price that would be agreed between a willing buyer and a willing seller, with neither being required to act, and both having reasonable knowledge of the relevant facts.

| | | |
|---|---|---|
| Client Contact: | Phil Moore | Client Name: Phil Moore |
| E-Mail: | phil@oceancontracting.net | Address: 22371 Village Way Drive, Canyon Lake, CA 92587 |

**APPRAISER**

Appraiser Name: Dianna S Dunn
Company: Pacific Appraisals
Phone: (951) 261-8055    Fax:
E-Mail: pacificappraisal1@gmail.com
Date Report Signed: 12/04/2023
License or Certification #: AR023017    State: CA
Designation: Certified Residential Real Estate Appraiser
Expiration Date of License or Certification: 03/01/2025
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: 11/30/2023

**SUPERVISORY APPRAISER (if required)
or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date Report Signed:
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

SIGNATURES

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

GP RESIDENTIAL

Supplemental Addendum                                                    File No. F230049

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |

**PURPOSE, INTENDED USE, AND INTENDED USER OF THE REPORT**

<u>Purpose and Intended Use</u>.  The purpose and intended use of this report is to develop and report an opinion of market value to assist the client in evaluating the subject property as of  **September 20, 2023 (Retroactive).**

<u>Intended User</u>.  The intended user of the report is Phillip Moore for estimate of current market value for bankruptcy  purposes.

The use of this report, or any portion, by any other party is prohibited.

The use of this appraisal for loan purposes or use by any lender for loan purposes, is strictly prohibited.

**PROPERTY RIGHTS APPRAISED**

The property is appraised as if held in **fee simple estate,** with all rights that can be lawfully owned with the exception of the four powers that forever will remain with the sovereign, being taxation, escheat, eminent domain, and police power (zoning). It is regarded as having a good and merchantable title, and responsible ownership.

**SCOPE OF WORK**

 The following is a summary outline of the amount and type of information researched and the analysis employed in this  appraisal assignment. The scope of work includes , but not limited to, the following:

-Communication with the client to define the assignment.
-Establishing the appropriate intended use and purpose of the assignment.
-Analyse of public data, title information (when provided), and legal descriptions.
-Inspection of the interior and exterior of the subject property.
-Gather and analyze applicable market data, with particular emphasis on comparable sales.
-Inspection of the exterior of all properties listed as comparables.
-Verification of subject gross living area and pertinent structures by  measuring the unit and providing a  completed sketch.
-Evaluate marketability of properties as to conformity, environmental and physical conditions, supply and  demand, highest and best use analysis, and balance within the market.
-Analysis of the economic features of the neighborhood, as well as, competing markets that may have an impact  on the subject's market area.
-Consider and analyze applicable valuation approaches, methods, and procedures.
-Reconcile information analyzed, appraisal procedures followed, and the reasoning that supports the analysis,  opinions, and conclusions. The reconciliation includes all hypothetical conditions, extraordinary assumptions,  limiting conditions, and/ or permitted departures from specific requirements.
-Reporting the final results to the client of record.

**APPROACHES TO VALUE**

This appraisal is completed in accordance with the Uniform Standards of Professional Appraisal Practice. By agreement with the client, departures was invoked as the (Income)  Approach was considered and found applicable but not necessary to produce  results that are credible. This reports departs from Standards Rule 1-4 (b) (i), (ii) and (iii).

**SPECIAL ASSUMPTIONS AND LIMITATIONS TO APPRAISAL**

A current preliminary title report was not provided for our review.  Since we did not have access to a current title report depicting all matters that may or may not have impact on the property, we emphasize that the value estimated herein assumes no adverse conditions.  If a title report were to uncover unfavorable conditions, the value conclusion for the subject property could be impacted and therefore this report would be subject to revision.

Supplemental Addendum

| | | | | File No. F230049 | |
|---|---|---|---|---|---|
| Borrower | N/A | | | | |
| Property Address | 22371 Village Way Dr | | | | |
| City | Canyon Lake | County | Riverside | State CA | Zip Code 92587 |
| Lender/Client | Phil Moore | | | | |

**HYPOTHETICAL CONDITIONS/EXTRAORDINARY ASSUMPTIONS**

As this is a retrospective valuation based on the effective date of  September 20, 2023, it is assumed subject's interior/exterior condition to be consistent with the condition at the time of inspection on November 30, 2023. Should it be found at a later time that subject's condition was not as assumed, the appraiser reserves the right to amend this appraisal report accordingly. Extraordinary Assumption applied. Use of Extraordinary Assumptions may have an affect on the reconciled value.

**SKETCH**

Dimensions are approximate. The Appraiser has rounded to the nearest foot. This is an acceptable appraisal practice. The interior measurements are not to exact scale, and are indicated to assist the reviewers in visualizing the interior room counts and overall layout of the subject property.

**DIGITAL SIGNATURES**

This appraisal company utilizes digitally generated signatures on all electronically transmitted original appraisals. Digital signatures are commonly used within the appraisal profession and allows for improved performance with regard to electronic data transmission. All electronic signatures utilized in this report have a security feature maintained by individual passwords for each signing appraiser. No person can alter the appraisal with the exception of the original signing appraiser(s). The digitally generated signatures are to be considered live signatures if they signed in blue ink. If the signatures are not  signed in blue ink, the appraisal is not considered an original copy. These signatures are legally binding and equivalent to an analog signature.

**ENVIRONMENTAL DISCLAIMER**

In this appraisal assignment, the existence of potentially hazardous materials used in the construction or maintenance of the building, such as the presence of unreaformalhyde foam insulation and/or the existence of toxic waste, which may or may not be present on the property was not observed by me, nor do I have any knowledge of the existence of such materials on or in the property.  The appraiser however is not qualified to detect such substances.  I urge the client to retain an expert in this field if desired.

The appraiser assumes no responsibility for the possible presence of asbestos, radon or other toxic/hazardous materials on or about the property.  It is possible that any "cottage cheese" type finish on the ceiling contains asbestos, as might the wiring in the range, oven, and fans and in other electrical appliances in the property.

Unless otherwise stated in this report, the existence of hazardous/toxic substances, (which may be present on the subject's property), was not visually obvious to the appraiser.  The visual inspection undertaken by the appraiser was performed in the normal course of the field inspection and results are for the internal use of the named financial institution.  The results of the inspection are not any form of assurance or not assurance to any other party as to the existence/nonexistence of hazardous/toxic substances.  No hazardous/toxic substances were visually observed on adjacent properties.  The appraiser however is not qualified to detect such substances and no tests were conducted on the subject property and or the adjacent properties to confirm the visual observations. The value estimate  (and any reliance hereon) is predicated on the assumption that there are no such substances on or near the subject property that would cause a loss in value.  The client is advised to retain its own expert at its own expense if one desired.

If the subject was constructed prior to 1978, it may contain lead-based paint or other hazardous substances.  The client is hereby notified that the appraiser is not qualified to detect these substances and that it is beyond the scope of this assignment to ascertain the presence of lead based paint and or other hazardous substances that might be present in the subject property. The client is advised to consult a qualified expert(s) in the detection of lead-based paint and other hazardous substances if further information is desired.

**SALES HISTORY GUIDELINES AND ANALYSIS**

All agreements of sales, options, or listings of the subject property current as of the effective date of the appraisal, all sales of the subject property that occurred within three (3) years prior to the effective date of the appraisal, and of any comparable sales within three (3) years of the date of the date of the appraisal were analyzed.

Supplemental Addendum                                                    File No. F230049

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |

**HIGHEST AND BEST USE ANALYSIS**

The highest and best use of a site is that reasonable and probable use that supports the highest present value as of the date of the appraisal.  The highest and best use of a property always takes into consideration the existing improvements as identified by an improvement analysis.  In estimating the highest and best contemplated uses of the subject property (the property is viewed both as vacant and as improved), the use must satisfy legally permissible, physically possible, financially feasible and maximally productive criteria.  Generally the existing use will continue until the land value (in its highest and best use) exceeds the total value of the property in its existing use.  Thus the highest and best use of the subject property is presumed to be "as improved" unless it can be readily demonstrated that change is imminent through transitional trends, market demand, and/or legal forces.

The subject property meets the test of highest and best use as being:

1.  Physically possible
2.  Reasonable probable
3.  Legally permissible
4.  Financially feasible

As supply and demand are in balance for the type of property, the type of product that might be built on the subject's site, the current improvements (at the time of the appraisal) are considered to be the highest and best use of the subject site.

**DIRECT SALES COMPARISON**

The comparable sales were verified by the inclusion of the recorded deed numbers.  All comparable data was generally localized to within one mile or less of the subject property, using the most similar properties available.  The comparable data shown in the report represents the most pertinent data applicable to the assignment.  The subject neighborhood was inspected to assist the appraiser's primary data sources were Marshall & Swifts Cost Handbook, and printed as well as computer-based real estate information services (may include but not limited to: National Data Cooperative, Dataquick Information Services, and Experian Information Services) the appraiser may also have obtained useful information from a Board of Realtors Multiple Listing Service; from personal conversations with property owners, real estate sales people, and city/county building/zoning personnel.  Where possible, sales prices and terms of sales were verified with someone familiar with the sale.  Reasonable care was used in the measuring the property, and dimensions shown on the sketch are as accurate as possible, but square footage is not guaranteed.

The date of sales reported are the closing dates.  Many comparable closed sales were considered in the making of this appraisal.  Dollar adjustments reflect the market reaction to the difference between the comparable sales and the subject property.  These adjustments are based on the appraisers knowledge of the market, training and experience.  The closed sales displayed are considered to be the most comparable at the time of the appraisal and the best indicators of value for the subject property.

**FINAL RECONCILIATION**

The market (sales comparison), cost, and income approaches were considered  in developing an opinion of market value in this report.  The market approach was given primary consideration and is regarded the most reliable method for this type of property, as it best reflects the actions of typical buyers in the market place.

The Cost Approach was considered, however not developed.

The income approach was considered, but not developed as the subject property is located in a neighborhood of predominantly owner occupied properties with  limited appropriate data.

After adjusting the comparable sales for differences in the market approach, the indicated value for the subject property ranges from $670,000 to $690,000.  The estimate of market value for the subject property is $685,000 which, is bracketed by the sales and the indicated value range and appears reasonable, as well as, being supported by  the market data.

**Exposure Time:** Exposure time is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market.

Supplemental Addendum                                                    File No. F230049

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |

Exposure time appears to be typical of 0-15  days for aggressively marketed and properly priced properties.


**3 YEAR DISCLOSURE STATEMENT**

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.



• **GP Residential: Description of the Improvements - Property Condition**

Pool, spa, open front courtyard, covered alumawood patio, open patio area with firepit, barbecue station, covered porch, granite countertops and backsplash in kitchen, upgraded kitchen cabinets, stainless steel appliances, center island, hardwood and tile flooring, granite countertops and upgraded vanities in baths, granite surrounds, central heat and air conditioning and finished three car attached garage. The two car section of the garage has been converted and completely finished as office space, creating functional obsolescence leaving only a one car functional garage with drive through. Subject is in good condition and is well maintained. Minor deferred maintenance noted with a cracked window in front, a couple of roof tiles need replaced as they are broken and/or missing at the front porch entry and rear kitchen area, and stucco covercoat at rear area near bedroom and kitchen is in need of repair, please see photos. Estimated cost to cure less than $500 which is minimal therefore having no impact on value. No physical or external inadequacies noted at the time of inspection. Functional obsolescence noted with in ground pool/spa as unable to recover costs in the market as well as having only one car functional garage due to two car section having been converted and finished to office space. All utilities were on and mechanical systems appeared functional at the time of inspection. Spa is heated by propane.



• **GP Residential: Market Area Description - Boundaries, Description, Conditions**


Neighborhood Boundaries:  Vista Way to the north,  Goetz Road to the east,  Railroad Canyon Road to the south and Summerland Drive to the west.


Description: The subject is located in a development identified as Canyon Lake. Canyon Lake is a private guard gated community with mandatory homeowner association dues of approximately $318 per month. The Canyon Lake development consists of tract style, semi-custom and custom built single family residences one, two and three level, ranging in ages from new to 58 years of age with the mean of  36 years of age, gross living area ranges are from 1,008 sf to 9,000+ sf., GLA mean is approximately 2,460 sf. Site sizes vary ranging from under 1,742 sf to over 1 acre in size, the mean site size is approximately 8,387 sf.  Canyon Lake is a guard gated community built around a 383 acre lake with 14.9 miles of shoreline. Common areas include a private golf course, swimming pools, tot lots, parks, beaches, baseball complex and tennis courts. Freeway access (I-15) is within 5-6 miles.


Market Conditions: Analysis of subject's market area indicates values to be relatively stable over the prior twelve month time frame. Demand and supply appear to be in balance in view of the sales transactions noted within the prior twelve month time frame.. Sales financing are typically Conventional/FHA.  Standard sales are the predominate activity.


This appraisal report is not a home inspection. It does not guarantee or imply that the house is free of defects or property condition problems. The appraiser is not a home inspector. It is suggested that the borrower secure a professional inspection of the property and take the necessary steps to insure the house is acceptable, should there be any concerns.


As of the effective date of this appraisal the appraiser is unaware of any potential impact (negative or positive) on the subject/market due to Covid-19 pandemic.

| Borrower | N/A | | | | File No. | F230049 |
| Property Address | 22371 Village Way Dr | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ **Appraisal Report**  (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ **Restricted Appraisal Report**  (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any State mandated requirements: None

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
| --- | --- |
| Signature: *Dianna S. Dunn* | Signature: |
| Name: Dianna S Dunn | Name: |
| Certified Residential Real Estate Appraiser | |
| State Certification #: AR023017 | State Certification #: |
| or State License #: | or State License #: |
| State: CA  Expiration Date of Certification or License: 03/01/2025 | State:  Expiration Date of Certification or License: |
| Date of Signature and Report: 12/04/2023 | Date of Signature: |
| Effective Date of Appraisal: 09/30/2023 (Retrospective) | |
| Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only | Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only |
| Date of Inspection (if applicable): 11/30/2023 | Date of Inspection (if applicable): |

Building Sketch

| | | | | | |
|---|---|---|---|---|---|
| Borrower | N/A | | | | |
| Property Address | 22371 Village Way Dr | | | | |
| City | Canyon Lake | County | Riverside | State CA | Zip Code 92587 |
| Lender/Client | Phil Moore | | | | |



**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1696 Sq ft | 0.5 × 1.5 × 1.5 = 1.12 |
| | | 0.5 × 1.5 × 1.5 = 1.12 |
| | | 7 × 1.5 = 10.5 |
| | | 0.5 × 3 × 3 = 4.5 |
| | | 25 × 3 = 75 |
| | | 50 × 31 = 1550 |
| | | 31.5 × 0.5 = 15.75 |
| | | 19 × 2 = 38 |
| **Total Living Area (Rounded):** | **1696 Sq ft** | |
| **Non-living Area** | | |
| 3 Car Attached | 555.75 Sq ft | 30.5 × 21.5 = 655.75 |

TOTAL Sketch by a la mode

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Plat Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Aerial Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Comparable Sales Map

| Borrower | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | | |
| City | Canyon Lake | | County | Riverside | | State | CA | Zip Code 92587 |
| Lender/Client | Phil Moore | | | | | | | |



## Property Detail

11/21/23, 12:22 PM

Property Detail Printout

**PARCEL QUEST**
APPRAISE

County Last Updated: 11/03/2023

### Property Location

| | | | | | |
|---|---|---|---|---|---|
| Address: | 22371 VILLAGE WAY DR | City: | CANYON LAKE | Zip: | 92587-7588 |
| APN#: | 354-082-001 | Use Code: | Single Family Residence | County: | Riverside |
| Tract: | 3719 | Census Tract: | 427.14 | Zone: | R1 |
| Map Page/Grid: | 867/ C3 | Legal Desc: | LOT 74 MB 058/049 TR 3719 | | |
| Total Assessed Value: | 280,409 | Tax Amount: | 5,406.58 | | |
| Percent Improvement: | 0.69 | Tax Year / Assessor Year: | 2023 / 2023 | | |

### Current Owner Information

| | | | |
|---|---|---|---|
| Current Owner: | PHILIP MOORE/BONNIE E MOORE | Owner Address: | 22371 VILLAGE WAY DR |
| City, State, Zip: | CANYON LAKE, CA, 92587-7588 | Owner Occupied: | Yes |
| Last Transaction: | 12/16/2013 | Deed Type: | quitclaim/deed of trust |
| Amount: | | Document: | 0000580674 |

### Last Sale Information

| | | | |
|---|---|---|---|
| Transferred From: | GORRELL FAMILY 2000 TRUST | Seller Address: | |
| Recording / Sale Date: | 12/21/2010 / 12/15/2010 | Prior Recording / Sale Date: | 04/06/2000 / |
| Most Recent Sale Price: | 200,000 | Prior Sale Price: | 189,500 |
| Document Number: | 0000611376 | Prior Document No.: | 0000127612 |
| Document Type: | grant deed/deed of trust | Prior Document Type: | grant deed/deed of trust |

### Lender Information

| | | | |
|---|---|---|---|
| Lender: | SOUTH PACIFIC FINANCIAL C | Full/Partial: | F |
| Loan Amount / 2nd Trust Deed: | 111,925 / | Loan Type: | FHA fix |

### Physical Information

| | | | | | |
|---|---|---|---|---|---|
| Building Area: | 1,670 | # of Bedrooms: | 3 | Lot Size Sqft / Acreage: | 7,840 / 0.18 |
| Additional: | 0 | # of Bathrooms: | 2.00 | Year Built / Effective: | 1988 / 0 |
| Garage: | 630 | # of Stories: | 1 | Heating: | Central |
| First Floor: | 0 | Total Rooms: | 0 | Cooling: | Central Air |
| Second Floor: | 0 | # of Units: | 0 | Roof Type: | Tile |
| Third Floor: | 0 | Garage/Carport: | Attached Garage | Construction/Quality: | / 7 |
| Basement Finished: | 0 | Fireplaces: | 1 | Building Shape: | |
| Basement Unfinished: | 0 | Pool/Spa: | Yes | View: | |

### Flood Data and Map

| | | | |
|---|---|---|---|
| Flood Zone: X | Panel Number: 06065C2042G | Panel Date: 2008-08-28 | Community Number: 060753 |

©2023 Copyright All Rights Reserved. **ParcelQuest** www.parcelquestappraise.com

https://www.parcelquestappraise.com/Search/Property_Detail_Report.aspx?PID=27649430&FIPS=06065&wd=1

1/2

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

All Sales Comparables & Listing Activity From 08/20/2022 to 09/20/2023

## Residential/ Agent 1 Line

Search Criteria
Property Type is 'Residential'
Standard Status is 'Closed'
Contract Status Change Date is 08/20/2022 to 09/20/2023
Property Sub Type is 'Single Family Residence'
Latitude, Longitude is around 33.69, -117.26
Living Area is 1500 to 1900
Year Built is 1983 to 1993
Selected 30 of 30 results.

Subject Photo Page

| Borrower | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | | |
| City | Canyon Lake | | County | Riverside | | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | | |



**Subject Front**

| | |
|---|---|
| 22371 Village Way Dr | |
| Sales Price | N/A |
| Gross Living Area | 1,696 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Residential |
| Site | 7,840 sf |
| Quality | Average |
| Age | 35 |



**Subject Rear**



**Subject Street**

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Living Room



Living Room



Kitchen

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Kitchen



Kitchen



Breakfast Nook

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Dining Room



Laundry



Primary Bathroom

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Primary Bathroom



Master Bathroom



Primary Bath Shower

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Bedroom



Hall Bathroom



Bedroom

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Entry



Entry & Front Porch



Front Courtyard

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Firepit



Water Feature



Side View

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Side View



Pool Equipment



Air Conditioning

Photograph Addendum

| Borrower | N/A | | | | | | |
|----------|-----|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Covered Patio



Pool/Spa



Spa

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Pool



BBQ Area



BBQ Area

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Open Rear Patio with Firepit



One Car Garage Drive-Thru



Front Yard

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Front View - Peek City Lights/Hills



Hills/City Lights View from courtyard



Roof Tile needs Repair

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Front Window Cracked



Front Window Cracked



Additional Street View

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Additional Front View



Additional Front View



Garage Conversion to Office Space

Comparable Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



### Comparable 1

23031 Widgeon Pl
| Prox. to Subject | 0.60 miles E |
|---|---|
| Sales Price | 700,000 |
| Gross Living Area | 1,842 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Residential |
| Site | 8,712 sf |
| Quality | Average |
| Age | 36 |



### Comparable 2

23216 Continental Dr
| Prox. to Subject | 0.87 miles E |
|---|---|
| Sales Price | 664,000 |
| Gross Living Area | 1,634 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | FrontsFeederSt |
| View | Residential |
| Site | 7,405 sf |
| Quality | Average |
| Age | 34 |



### Comparable 3

30397 S Fork Dr
| Prox. to Subject | 1.56 miles E |
|---|---|
| Sales Price | 675,000 |
| Gross Living Area | 1,690 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | SidesFeederSt |
| View | Residential |
| Site | 7,405 sf |
| Quality | Average |
| Age | 37 |

Comparable Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 22371 Village Way Dr |
| City | Canyon Lake |
| County | Riverside |
| State | CA |
| Zip Code | 92587 |
| Lender/Client | Phil Moore |



### Comparable 4

23296 Clipper Ct

| | |
|---|---|
| Prox. to Subject | 0.92 miles NE |
| Sales Price | 680,000 |
| Gross Living Area | 1,646 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | City Lights/Hills |
| Site | 8,276 sf |
| Quality | Average |
| Age | 39 |



### Comparable 5

30895 Emperor Dr

| | |
|---|---|
| Prox. to Subject | 1.28 miles E |
| Sales Price | 730,000 |
| Gross Living Area | 1,772 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Residential |
| Site | 8,712 sf |
| Quality | Average |
| Age | 37 |



### Comparable 6

30407 Bear River Dr

| | |
|---|---|
| Prox. to Subject | 1.44 miles E |
| Sales Price | 682,000 |
| Gross Living Area | 1,712 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Residential |
| Site | 7,405 sf |
| Quality | Average |
| Age | 39 |

Appraiser License

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 22371 Village Way Dr | | | | | | |
| City | Canyon Lake | County | Riverside | | State | CA | Zip Code | 92587 |
| Lender/Client | Phil Moore | | | | | | |



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

Dianna S. Dunn

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:    AR 023017

Effective Date:    March 2, 2023
Date Expires:    March 1, 2025

Angela Jemmott, Bureau Chief, BREA

3069593

# EXHIBIT C



PHH
P.O. Box 24781
West Palm Beach, FL 33416

MORTGAGE

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-833-409-2794
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

80472 SP 3483      RE        SP1
PHILIP MOORE
22371 VILLAGE WAY DRIVE
CANYON LAKE, CA 92587

| Loan number: 7899796549 |
| Payment Due Date:  10/1/2023 |
| **Amount Due: $3,967.17** |
| *If payment is received after 10/16/2023, a $65.33 late fee may be charged.* |

**Your monthly mortgage statement dated: 9/18/2023**

## Account Information

| | |
|---|---|
| Property Address | 22371  VILLAGE WAY DRIVE |
| | CANYON LAKE, CA 92587 |
| Outstanding Balance (not payoff amount) | $214,962.27 |
| Principal Balance (interest bearing) | $197,180.53 |
| Deferred Balance (non-interest bearing) | $17,781.74 |
| Current Interest Rate | 5.1250% |
| Prepayment Penalty | No |
| Escrow Balance | $3,608.89 |
| Suspense Balance | $0.00 |
| Maturity Date | 11/01/2043 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $466.63 |
| Interest | $840.14 |
| Escrow (Taxes and/or Insurance) | $644.15 |
| Optional Products and Services | $0.00 |
| Regular Monthly Payment | $1,950.92 |
| Total New Fees and Charges | $65.33 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $0.00 |
| Assessed Expenses | $0.00 |
| Past Due Payment(s) | $1,950.92 |
| **Total Amount Due** | **$3,967.17** |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $4,093.88 |
| Interest | $0.00 | $7,667.05 |
| Escrow (Taxes and/or Insurance) | $0.00 | $5,763.33 |
| Fees | $0.00 | $816.42 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$18,340.68** |

## Important Messages

The account is presently due for the 9-1-2023 payment.
Your last full payment was applied to the payment due 8-1-2023.

*Partial Payments: If the account is presently past due, any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.



**Sierra Pacific Mortgage Company, Inc.**
NMLS# 1788
Questions About Your Current Loan?
Call: 833-409-2794
Looking to Refinance or Apply for A New Loan?
Call:  800-305-7721
homeloans@spmc.com
www.sierrapacificmortgage.com

Thank you for entrusting us with your home loan.
Did you know that we can help your
friends and family, too?
Whether they're thinking about buying a new
home or refinancing an existing mortgage, we have the
right loan products to fit the
needs of almost anyone!

## Transaction Activity

| Posted Date | Received/ Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late Charges, Shortages & Fees ($) | Suspense & Other  ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | | Late Fee Assessed | $0.00 | $0.00 | $0.00 | -$65.33 | $0.00 | $0.00 | $0.00 |

Page 1 of 4

Complete this coupon; tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

**Loan number:**
PHILIP MOORE

PHH Mortgage Services
PO Box 94087
PALATINE, IL 60094-4087

| | |
|---|---|
| Payment Due Date | 10/1/2023 |
| Regular Monthly Payment | $1,950.92 |
| Total New Fees and Charges | $65.33 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $0.00 |
| Assessed Expenses | $0.00 |
| Past Due Payments | $1,950.92 |
| **Total Amount Due** | **$3,967.17** |

*If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.*

| | |
|---|---|
| Extra principal | $_____ |
| Extra escrow | $_____ |
| Unpaid late charges | $_____ |
| Other (specify)_____ | $_____ |
| **Total check enclosed** | $_____ |

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
|---|
| After recording, return to: |

Irving Feng, Esq.          SBN: 303340
The Law Office of Sara J. Hamilton, P.C.
30 Corporate Park, Ste. 211
Irvine, CA 92606

TEL NO.: (949) 407-5533     FAX NO. (optional) (949) 417-0033
E-MAIL ADDRESS *(Optional):*

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside, 92501
BRANCH NAME: Riverside Historic Courthouse

FOR RECORDER'S USE ONLY

| PLAINTIFF: American Express Bank, FSB, a federal savings bank | CASE NUMBER: |
|---|---|
| DEFENDANT: Philip Moore. aka Philip O Moore. individually and DBA Business and Play, ADBA TAT Solution | RIC1600778 |

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**          [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   | Philip Moore, aka Philip O Moore, individually and DBA Business and Play, ADBA TAT Solution
   22371 Village Way Drive, Canyon Lake, CA 92587 |

   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]: 7933   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Philip Moore, aka Philip O Moore, individually and DBA Business and Play, ADBA TAT Solution
      22371 Village Way Drive, Canyon Lake, CA 92587

2. [ ] Information on additional judgment debtors is shown on page 2.

4. [ ] Information on additional judgment creditors is shown on page 2.

3. Judgment creditor *(name and address):*
   American Express Bank, FSB, a federal savings bank
   30 Corporate Park, Ste. 211
   Irvine, CA 92606

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 10/03/16

Irving Feng, Esq.
_____
(TYPE OR PRINT NAME)          (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 83,259.97

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* 08/15/16
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*
OCT 21 2016

Clerk, by _Kim Gow_   K. Garcia, Deputy

| Form Adopted for Mandatory Use Judicial Council of California EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Page 1 of 2 Code of Civil Procedure, §§ 488.480, 674, 700.190 Westlaw Doc & Form Builder™ |

## Superior Court of California, County of San Diego  -  Judgment Calculator

| Judgment Information (Required) | | | User Guide |
|---|---|---|---|
| Judgment Amount | Interest Rate | Judgment Date | End Date |
| $83,259.97 | 10.0000 % | 08/15/2016 | 09/20/2023 |

| Payment and/or Cost (Optional) | | | Show |
|---|---|---|---|
| Date | Payment Amount | Cost | Add |

[ Calculate ]  [ Print ]  [ Start Over ]  [ Exit ]

### Results

| Judgment Amount | $83,259.97 | Daily Interest | $22.8110 | Days | 2592 |
|---|---|---|---|---|---|
| Principal Reduction | $0.00 | Interest Accrued | $0.00 | | |
| Principal Balance | $83,259.97 | Interest to Date | $59,126.11 | GRAND TOTAL | |
| Costs After Judgment | $0.00 | Total Interest | $59,126.11 | | $142,386.08 |

EJ-001     AUG 2 8 2019

---

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:

Hunt & Henriques, Attorneys at Law
Michael S. Hunt #99804 | Janalie Henriques #111589
151 Bernal Road Suite 8, San José CA 95119-1306

TEL NO.: (408) 362-2270     FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*:

| ☑ ATTORNEY FOR | ☑ JUDGMENT CREDITOR | ☐ ASSIGNEE OF RECORD |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

STREET ADDRESS:   13800 Heacock St. Bldg. D #201
MAILING ADDRESS:
CITY AND ZIP CODE:   Moreno Valley CA 92553
BRANCH NAME:   Moreno Valley Jurisdiction

FOR RECORDER'S USE ONLY

PLAINTIFF: PORTFOLIO RECOVERY ASSOCIATES, LLC

DEFENDANT: PHILIP O MOORE

CASE NUMBER:
RIC1818830
LIMITED

| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | ☐ **Amended** |

FOR COURT USE ONLY

1. The ☑ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      PHILIP O MOORE
      22371 VILLAGE WAY DR
      CANYON LAKE CA 92587

   b. Driver's license no. [last 4 digits] and state:       ☑ Unknown
   c. Social security no. [last 4 digits]: 7933              ☑ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      PHILIP O MOORE — 22371 VILLAGE WAY DR CANYON LAKE CA 92587

2. ☐ Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Portfolio Recovery Associates, LLC % Hunt & Henriques
   151 Bernal Road Suite 8 San José CA 95119-1306

4. ☐ Information on additional judgment creditors is shown on page 2.

5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: August 15, 2019
Donald Sherrill SBN 266038
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPLICANT OF ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $2,247.92

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* August 5, 2019
   b. Renewal entered on *(date):*

9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☑ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. ☑ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

[SEAL]
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

This abstract issued on *(date):*
AUG 2 9 2019

Clerk, by _____ W. SCOTT _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

DD0001W8

1267417.001

**Superior Court of California, County of San Diego - Judgment Calculator**

| Judgment Information (Required) | | | User Guide |
|---|---|---|---|
| Judgment Amount | Interest Rate | Judgment Date | End Date |
| $2,247.92 | 10.0000 % | 08/05/2019 | 09/20/2023 |

| Payment and/or Cost (Optional) | | | Show |
|---|---|---|---|
| Date | Payment Amount | Cost | Add |

Calculate    Print    Start Over    Exit

| Results | | | | | |
|---|---|---|---|---|---|
| Judgment Amount | $2,247.92 | Daily Interest | $0.6159 | Days | 1507 |
| Principal Reduction | $0.00 | Interest Accrued | $0.00 | | |
| Principal Balance | $2,247.92 | Interest to Date | $928.16 | GRAND TOTAL | |
| Costs After Judgment | $0.00 | Total Interest | $928.16 | | $3,176.08 |

AUG 2 8 2019

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | FOR RECORDER'S USE ONLY |
|---|---|
| After recording, return to:<br><br>Hunt & Henriques, Attorneys at Law<br>Michael S. Hunt #99804 \| Janalie Henriques #111589<br>151 Bernal Road Suite 8, San José CA 95119-1306<br>TEL NO.: (408) 362-2270     FAX NO. (optional):<br>E-MAIL ADDRESS *(Optional)*:<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Riverside**
STREET ADDRESS:     13800 Heacock St. Bldg. D #201
MAILING ADDRESS:
CITY AND ZIP CODE:   Moreno Valley CA 92553
BRANCH NAME:        Moreno Valley Jurisdiction

| PLAINTIFF: PORTFOLIO RECOVERY ASSOCIATES, LLC | CASE NUMBER:<br>RIC1811297 |
|---|---|
| DEFENDANT: PHILIP O MOORE | LIMITED |

| **ABSTRACT OF JUDGMENT—CIVIL**<br>**AND SMALL CLAIMS**   [ ] Amended | FOR COURT USE ONLY |
|---|---|

1. The [✓] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

       Name and last known address
       PHILIP O MOORE
       22371 VILLAGE WAY DR
       CANYON LAKE CA 92587

   b. Driver's license no. [last 4 digits] and state:     [✓] Unknown
   c. Social security no. [last 4 digits]: 7933          [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      PHILIP O MOORE — 22371 VILLAGE WAY DR CANYON LAKE CA 92587

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Portfolio Recovery Associates, LLC % Hunt & Henriques
   151 Bernal Road Suite 8 San José CA 95119-1306

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: August 12, 2019
Donald Sherrill SBN 266038
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPLICANT OF ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $23,618.76

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* August 8, 2019
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until
        *(date):*

12. a. [✓] I certify that this is a true and correct abstract of
        the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*
**AUG 29 2019**

Clerk, by _____ W. SCOTT _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

DD0001W8

1260581.001

**Superior Court of California, County of San Diego  -  Judgment Calculator**

| Judgment Information (Required) | | | User Guide |
|---|---|---|---|
| Judgment Amount | Interest Rate | Judgment Date | End Date |
| $23,618.76 | 10.0000 % | 08/08/2019 | 09/20/2023 |

| Payment and/or Cost (Optional) | | | Show ⌄ |
|---|---|---|---|
| Date | Payment Amount | Cost | Add |

| Calculate | Print | Start Over | Exit |

| Results | | | |
|---|---|---|---|
| Judgment Amount | $23,618.76 | Daily Interest | $6.4709 | Days | 1504 |
| Principal Reduction | $0.00 | Interest Accrued | $0.00 | | |
| Principal Balance | $23,618.76 | Interest to Date | $9,732.23 | GRAND TOTAL | |
| Costs After Judgment | $0.00 | Total Interest | $9,732.23 | | $33,350.99 |

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Donna M. Aguirre (243510) Adam Brumage (283180) Tai Dinh Tran
(287482) Maria Bradish (288384) Jennifer Wong (297398) Don Phan-Huy
(309853) Ryota Isozaki (321040) Antonio Mario Shahine (321281)
Jeremy Kimmelman (322958) Davis Kratz (323799) West Imboden (324175)
Taylor Preston (325472)The Moore Law Group, APC, P.O. Box 25145,
Santa Ana, CA 92799, 3710 S. Susan St, Ste 210, Santa Ana, CA 92704
TEL NO.: 800-506-2652    FAX NO. (optional):
E-MAIL ADDRESS *(Optional):*
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS:  13800 Heacock Ave, Bldg D201
MAILING ADDRESS:  Moreno Valley CA 92553
CITY AND ZIP CODE:  Riverside - Moreno Valley Courthouse
BRANCH NAME:

*FOR RECORDER'S USE ONLY*

PLAINTIFF:  Bank of America, N.A.
DEFENDANT:  Bonnie E Moore

CASE NUMBER:
MVC1907480

## ABSTRACT OF JUDGMENT—CIVIL
## AND SMALL CLAIMS    [ ] Amended

*FOR COURT USE ONLY*

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      Bonnie E Moore
      22371 Village Way Dr
      Canyon Lake CA 92587-7588

   b. Driver's license no. [last 4 digits] and state:           [X] Unknown
   c. Social security no. [last 4 digits]: ***-**-5406         [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Bonnie E Moore
      22371 Village Way Dr , Canyon Lake CA 92587-7588

2. [ ] Information on additional judgment debtors is
   shown on page 2.

3. Judgment creditor *(name and address):*
   Bank of America, N.A.
   c/o The Moore Law Group, APC, 3710 S. Susan Street, Suite 210
   Santa Ana, CA 92704 P.O. Box 25145, Santa Ana, CA 92799

   [ ] Donna M. Aguirre [ ] Adam Brumage [ ] Tai Dinh Tran [ ] Maria Bradish
   [ ] Jennifer Wong [ ] Don Phan-Huy [ ] Ryota Isozaki [ ] Antonio Mario Shahine
   [✓] Jeremy Kimmelman [ ] Davis Kratz [ ] West Imboden [ ] Taylor Preston
   *(TYPE OR PRINT NAME)*

   JAN 2 7 2020

4. [ ] Information on additional judgment creditors is
   shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   *(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed:
   $ 13333.82

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* September 18, 2019
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
       *(date):*

12. a. [X] I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*
FEB 1 0 2020

Clerk, by  E. Escobedo , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

### ABSTRACT OF JUDGMENT—CIVIL
### AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

## Superior Court of California, County of San Diego  -  Judgment Calculator

| Judgment Information (Required) | | | User Guide |
|---|---|---|---|
| Judgment Amount | Interest Rate | Judgment Date | End Date |
| $13,333.82 | 10.0000 % | 09/18/2019 | 09/20/2023 |

| Payment and/or Cost (Optional) | | | Show |
|---|---|---|---|
| Date | Payment Amount | Cost | Add |

[ Calculate ]  [ Print ]  [ Start Over ]  [ Exit ]

| Results | | | | | |
|---|---|---|---|---|---|
| Judgment Amount | $13,333.82 | Daily Interest | $3.6531 | Days | 1463 |
| Principal Reduction | $0.00 | Interest Accrued | $0.00 | | |
| Principal Balance | $13,333.82 | Interest to Date | $5,344.49 | GRAND TOTAL | |
| Costs After Judgment | $0.00 | Total Interest | $5,344.49 | | $18,678.31 |

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:

JOHN D. GALLEGOS    SBN 150705
LAW OFFICES OF JOHN D. GALLEGOS
c/o PO BOX 13621

PALM DESERT, CA 92255-3621
TEL NO.: 760.346.7458    FAX NO. (optional):

E-MAIL ADDRESS *(Optional):*

| [X] ATTORNEY FOR | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**   RIVERSIDE
STREET ADDRESS:  13800 HEACOCK STREET #D201
MAILING ADDRESS:  13800 HEACOCK STREET #D201
CITY AND ZIP CODE:  MORENO VALLEY, CA 92553
BRANCH NAME:  MORENO VALLEY

*FOR RECORDER'S USE ONLY*

PLAINTIFF:   COACHELLA VALLEY COLLECTION SERVICE

DEFENDANT:    BONNIE ELIZABETH MOORE; PHILIP OLIVER
MOORE

CASE NUMBER:

MVC1909645

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**    [ ] **Amended**

*FOR COURT USE ONLY*

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address

       ┌
       │ BONNIE ELIZABETH MOORE
       │ 22371 VILLAGE WAY DR
       │ MENIFEE, CA 92587-7588
       └

   b.  Driver's license no. [last 4 digits] and state:  0463    CA    [ ] Unknown
   c.  Social security no. [last 4 digits]:  5406    [ ] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
       BONNIE ELIZABETH MOORE, 31566-181 RAILROAD CANYON RD, MENIFEE, CA 92587

2. [X] Information on additional judgment debtors is
   shown on page 2.
3. Judgment creditor *(name and address):*
   COACHELLA VALLEY COLLECTION SERVICE
   PO BOX 13621, PALM DESERT, CA 92255-3621
   Date: MARCH 19, 2020
   JOHN D. GALLEGOS
   _____
            (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is
   shown on page 2.
5. [ ] Original abstract recorded in this county:

   a.  Date:
   b.  Instrument No.:

   ▶

   _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 1,091.68
7. All judgment creditors and debtors are listed on this abstract.
8. a.  Judgment entered on *(date):* 2-7-20
   b.  Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
JUN 01 2020

10. [ ] An  [ ] execution lien  [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
           *(date):*
12. a. [X] I certify that this is a true and correct abstract of
           the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Legal
Solutions
® Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

**Superior Court of California, County of San Diego - Judgment Calculator**

| Judgment Information (Required) | | | User Guide |
| --- | --- | --- | --- |
| Judgment Amount | Interest Rate | Judgment Date | End Date |
| $1,091.68 | 10.0000 % | 02/07/2020 | 09/20/2023 |

| Payment and/or Cost (Optional) | | | Show |
| --- | --- | --- | --- |
| Date | Payment Amount | Cost | Add |

Calculate    Print    Start Over    Exit

| Results | | | | | |
| --- | --- | --- | --- | --- | --- |
| Judgment Amount | $1,091.68 | Daily Interest | $0.2991 | Days | 1321 |
| Principal Reduction | $0.00 | Interest Accrued | $0.00 | | |
| Principal Balance | $1,091.68 | Interest to Date | $395.11 | GRAND TOTAL | |
| Costs After Judgment | $0.00 | Total Interest | $395.11 | | $1,486.79 |

EJ-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, Address, State Bar number, and telephone number)*: Winn Law Group, A P.C. (714) 446-6686<br>[X] Recording requested by and return to:<br>Brian N. Winn (SBN 86779)  Laura M. Hoalst (SBN 101082)  Jason M. Burrows (SBN 309882)  Amit Taneja (SBN 304559)  Grace Gail Cara (SBN 315558)  Cherrie Y. Tan (SBN 324871)  Katrina Trinh (SBN 327357)  Juan Villanueva (SBN 328049)<br>                                    File No. 18-13162-0<br>110 E Wilshire Ave Ste 212, Fullerton CA 92832<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**<br>STREET ADDRESS: 13800 HEACOCK ST STE D201<br>MAILING ADDRESS: 13800 HEACOCK ST STE D201<br>CITY AND ZIP CODE: MORENO VALLEY CA 92553<br>BRANCH NAME: MORENO VALLEY DISTRICT, LIMITED | FOR RECORDER'S USE ONLY |

| | |
|---|---|
| PLAINTIFF: CAVALRY SPV I, LLC<br>DEFENDANT: PHILIP O MOORE, et al. | CASE NUMBER: MVC1904454<br>Limited |
| **ABSTRACT OF JUDGMENT - CIVIL**<br>**AND SMALL CLAIMS**    [ ] Amended | FOR COURT USE ONLY |

1. The [X] judgment creditor [ ] assignee of record

   applies for an abstract of judgment and represents the following:

   a. Judgment debtor's

                 Name and last known address

        PHILIP O MOORE AKA PHILIP MOORE<br>        22371 Village Way Dr<br>        Canyon Lake CA 92587-7588

   b. Driver's license No and State:            [ x ] Unknown

   c. Social Security No.: XXX-XX-7933      [ ] Unknown

   d. Summons or notice of entry of sister-state judgment was personally served or

      mailed to *(name and address)*: PHILIP O MOORE AKA PHILIP MOORE

      22371 Village Way Dr Canyon Lake CA 92587-7588

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address)<br>CAVALRY SPV I, LLC, AS ASSIGNEE OF CITIBANK, N.A.,<br> 4050 E Cotton Center Blvd<br>Phoenix AZ 85040

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:<br>   a. Date:<br>   b. Instrument No.:

Date: 12/24/2019

[ ] Brian N. Winn  [ ] Laura M. Hoalst<br>[ ] Jason M. Burrows  [ ] Amit Taneja<br>[ ] Grace Gail Cara  [ ] Cherrie Y. Tan<br>[ ] Katrina Trinh  [X] Juan Villanueva

          (TYPE OR PRINT NAME)

▶ *J. Villan___* (signature)

       (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:

   $ 4,806.21

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: November 19, 2019

   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution [ ] attachment lien<br>    is endorsed on the judgment as follows:<br>    a. Amount: $<br>    b. In favor of *(name and address)*:

11. A stay of enforcement has<br>    a. [X] not been ordered by the court.<br>    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of<br>      the judgment entered in this action<br>    b. [ ] A certified copy of the judgment is attached.



[SEAL]

This abstract issued on *(date)*:

**JAN 0 2 2020**

Clerk, by _W. Scott  W. SCOTT_____, Deputy

Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT- CIVIL**<br>**AND SMALL CLAIMS**

Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674,700.190

**Superior Court of California, County of San Diego - Judgment Calculator**

| Judgment Information (Required) | | | User Guide |
|---|---|---|---|
| Judgment Amount | Interest Rate | Judgment Date | End Date |
| $4,806.21 | 10.0000 % | 11/19/2019 | 09/20/2023 |

| Payment and/or Cost (Optional) | | | | Show ⌄ |
|---|---|---|---|---|
| Date | Payment Amount | Cost | | Add |

Calculate    Print    Start Over    Exit

| Results | | | | | |
|---|---|---|---|---|---|
| Judgment Amount | $4,806.21 | Daily Interest | $1.3168 | Days | 1401 |
| Principal Reduction | $0.00 | Interest Accrued | $0.00 | | |
| Principal Balance | $4,806.21 | Interest to Date | $1,844.84 | GRAND TOTAL | |
| Costs After Judgment | $0.00 | Total Interest | $1,844.84 | | $6,651.05 |

EJ-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br>Robert A. von Esch IV, Esq. (SBN 226453)<br>David V. Luu, Esq. (SBN 233258)<br>VON ESCH LAW GROUP, ALC<br>2201 East Chapman Avenue<br>Fullerton, CA 92831<br>TEL. NO.: 714-456-9118    FAX NO. *(optional):* 714-456-9119<br>E-MAIL ADDRESS *(Optional):*<br>[X] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | RECD JAN 25 2021<br><br>**2021-0332277**<br>06/01/2021  12:00 PM  Fee: $ 102.00<br>Page 1 of 2<br>Recorded in Official Records<br>County of Riverside<br>Peter Aldana<br>Assessor-County Clerk-Recorder |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Historic Courthouse

*FOR RECORDER'S USE ONLY*

| | |
|---|---|
| PLAINTIFF: DALLASWHITE CORPORATION<br>DEFENDANT: AMERICAN WOODCRAFTERS, PHILIP MOORE, et al. | CASE NUMBER:<br>RIC1813985 |
| **ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS** [ ] Amended | *FOR COURT USE ONLY* |

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address
       Philip Oliver Moore, an individual
       22371 Village Way Drive
       Canyon Lake, CA 92587

   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
       Philip Oliver Moore, an individual
       22371 Village Way Drive,  Canyon Lake, CA 92587

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Dallaswhite Corporation
   6135 Harrison Drive, Ste #1
   Las Vegas, CA 89120

   Date: January 22, 2021
   ROBERT A. VON ESCH IV, ESQ.
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $405,000.00

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):*  8/19/20
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*
MAY 1 9 2021

Clerk, by ___S. Acosta___ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

## Superior Court of California, County of San Diego  -  Judgment Calculator

| Judgment Information (Required) | | | User Guide |
|---|---|---|---|
| Judgment Amount | Interest Rate | Judgment Date | End Date |
| $405,000.00 | 10.0000  % | 08/19/2020 | 09/20/2023 |

| Payment and/or Cost (Optional) | | | Show |
|---|---|---|---|
| Date | Payment Amount | Cost | Add |

Calculate    Print    Start Over    Exit

| Results | | | | | |
|---|---|---|---|---|---|
| Judgment Amount | $405,000.00 | Daily Interest | $110.9589 | Days | 1127 |
| Principal Reduction | $0.00 | Interest Accrued | $0.00 | | |
| Principal Balance | $405,000.00 | Interest to Date | $125,050.68 | GRAND TOTAL | |
| Costs After Judgment | $0.00 | Total Interest | $125,050.68 | | $530,050.68 |

# EXHIBIT D

**COACHELLA VALLEY COLLECTION SERVICE**

**WHEN RECORDED MAIL TO**

NAME **COACHELLA VALLEY COLLECTION SERVICE**
MAILING  PO BOX 13621
ADDRESS

CITY, STATE PALM DESERT, CA
ZIP CODE 92255-3621



**2020-0420835**

09/08/2020 01:46 PM Fee: $ 118.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

NOTICE SENT

**637**

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# T I T L E(S)

ABSTRACT OF JUDGMENT

LS-201

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:

JOHN D. GALLEGOS        SBN 150705
LAW OFFICES OF JOHN D. GALLEGOS
c/o PO BOX 13621

PALM DESERT, CA 92255-3621
TEL NO.: 760.346.7458    FAX NO. (optional):

E-MAIL ADDRESS (Optional):

| [X] ATTORNEY FOR | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  RIVERSIDE
STREET ADDRESS: 13800 HEACOCK STREET #D201
MAILING ADDRESS: 13800 HEACOCK STREET #D201
CITY AND ZIP CODE: MORENO VALLEY, CA 92553
BRANCH NAME: MORENO VALLEY

**FOR RECORDER'S USE ONLY**

PLAINTIFF:  COACHELLA VALLEY COLLECTION SERVICE

DEFENDANT:  BONNIE ELIZABETH MOORE; PHILIP OLIVER MOORE

CASE NUMBER:
MVC1909645

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

**FOR COURT USE ONLY**

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌─────────────────────────────┐
   │ BONNIE ELIZABETH MOORE      │
   │ 22371 VILLAGE WAY DR        │
   │ MENIFEE, CA 92587-7588      │
   └─────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:  0463    CA    [ ] Unknown
   c. Social security no. [last 4 digits]: 5406    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      BONNIE ELIZABETH MOORE, 31566-181 RAILROAD CANYON RD, MENIFEE, CA 92587

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   COACHELLA VALLEY COLLECTION SERVICE
   PO BOX 13621, PALM DESERT, CA 92255-3621

   Date: MARCH 19, 2020
   JOHN D. GALLEGOS
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ►                    (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 1,091.68

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): 2-7-20
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
JUN 0 1 2020

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: COACHELLA VALLEY COLLECTION SERVICE | COURT CASE NO.: |
|---|---|
| DEFENDANT: BONNIE ELIZABETH MOORE; PHILIP OLIVER MOORE | MVC1909645 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*          14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.       Name and last known address          17.       Name and last known address

PHILIP OLIVER MOORE
22371 VILLAGE WAY DR
MENIFEE, CA 92587-7588

Driver's license no. [last 4 digits] and state:          Driver's license no. [last 4 digits] and state:
                      ☒ Unknown                                ☐ Unknown

Social security no. [last 4 digits]: 7933  ☐ Unknown          Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*          Summons was personally served at or mailed to *(address):*
31566-181 RAILROAD CANYON RD
MENIFEE, CA 92587

18.       Name and last known address          19.       Name and last known address

Driver's license no. [last 4 digits] and state:          Driver's license no. [last 4 digits] and state:
                      ☐ Unknown                                ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown          Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*          Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

| EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Page 2 of 2 |

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PHILIP MOORE and<br><br>BONNIE MOORE,<br><br>        Debtors. | Case No: **6:23-bk-14289-WJ**<br><br>**Chapter 7**<br><br>**DECLARATION OF BENJAMIN HESTON IN SUPPORT OF MOTION TO AVOID LIEN ON REAL PROPERTY** |

I, Benjamin Heston, declare as follows:

1.  I am the attorney for the Debtors in the above-captioned bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2.  On March 11, 2024, I obtained a true and correct copy of the Debtors' Amended Schedule C from the Court's ECF system which is attached to the Motion as Exhibit A.

3.  In November 2023, I went to the Riverside County Recorder's Office and obtained true and correct certified copies of the Abstracts of Judgments for which are attached to the Motion as Exhibits C and D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 8, 2024

                                              
BENJAMIN HESTON