United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-14289-WJ |
| Philip Moore | Chapter 7 |
| Bonnie Moore | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: May 22, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Philip Moore, Bonnie Moore, 22371 Village Way Dr, Canyon Lake, CA 92587-7588 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Philip Moore bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Bonnie Moore bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com  C115@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtors* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>MAY 22 2024<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gooch **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION** ||
| In re:<br><br>PHILLIP MOORE and<br>BONNIE MOORE,<br>　　　　　　　　　Debtors. | CASE NUMBER: 6:23-bk-14289-WJ<br><br>CHAPTER: 7<br><br>**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)** |
| Creditor Holding Lien to be Avoided: Cavalry SPV I, LLC ||

　　　Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), the debtors have filed a motion to avoid a judicial lien of Cavalry SPV I, LLC on real property claimed to be exempt (docket entry #24).  No one opposed the motion and the deadline to do so has passed.  Therefore, the motion is granted as follows. The abstract of judgment of Cavalry SPV I, LLC recorded on January 8, 2021 with the county recorder for Riverside County as instrument 2021-0012833 is void and unenforceable with respect to the real property located at 22371 Village Way Drive, Canyon Lake, CA 92587 ("Property"). The lien created by the abstract of judgment no longer attaches to the Property and can no longer be enforced against the Property. However, this order does not invalidate or prevent the enforcement of the abstract of judgment or any lien arising from it against any other property other than the Property.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　###

Date: May 22, 2024

_____
Wayne Johnson
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*　　　　　　　　　　　　　Page 1　　　　　　　　　　　　**F 4003-2.1.AVOID.LIEN.RP.ORDER**