**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:23-bk-14289-WJ |
| **PHILIP MOORE, and** | Chapter 7 |
| **BONNIE MOORE,** | **NOTICE OF MOTION AND MOTION TO REOPEN BANKRUPTCY CASE FOR DEBTOR TO FILE MOTIONS FOR DAMAGES CONTEMPT AND OTHER RE-RELIEF FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION** |
| | **[no hearing unless ordered by court]** |

TO THE HONORABLE WAYNE E. JOHNSON, AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN THAT Philip Moore and Bonnie Moore ("Debtors") respectfully move this Court for an order reopening their Chapter 7 bankruptcy case for the limited purpose of filing motions for damages, contempt, and other relief related to violations of the automatic stay and discharge injunction.

This motion is being brought under 11 U.S.C. §350(b) which states that a case may be reopened "to administer assets, to accord relief to the debtor, or for other cause". Pursuant to LBR 9013-1(q)(11) a hearing is not required unless otherwise ordered by the Court. In support, Debtors allege as follows:

## INTRODUCTION

The Debtors seek to reopen their Chapter 7 bankruptcy case in order to pursue relief against Fausto Atilano and his attorney, Michael Munoz, ("Contemnors") for willful violations of the automatic stay and discharge injunction. Despite having knowledge of the Debtors' bankruptcy filing and discharge, Contemnors pursued and continued litigation against Philip Moore. After Contemnors were made aware of the violation of the automatic stay, they acknowledged such and dismissed Philip Moore from the lawsuit. Once the bankruptcy case closed, they filed a motion to have Philip Moore added back to the lawsuit. This has caused substantial financial harm and emotional distress to the Debtors. The reopening of the case is necessary to address these violations and ensure compliance with this Court's orders.

## STATEMENT OF FACTS

Philip Moore and Bonnie Moore filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on September 20, 2023. The Debtors received their discharge on January 2, 2024, and their case was closed on June 17, 2024.

While the bankruptcy case was still active, Fausto Atilano, through his attorney, Michael Munoz, filed a lawsuit against Philip Moore's company and named Philip Moore as a co-defendant. This action violated the automatic stay imposed by 11 U.S.C. §362. Debtor's Counsel contacted Munoz and informed him of the violation of the stay. After some back and forth, Munoz filed a request to have Philip Moore dismissed from the lawsuit.

After the discharge was granted, Atilano, filed a motion for leave to amend the complaint to add Philip Moore back to the lawsuit, further violating the discharge injunction under 11 U.S.C. §524. The motion to amend also adds causes of action arising under fraud and defalcation, in an apparent attempt to get around 11 U.S.C. §523(c)(1) which provides that claims arising under subsections (2), (4), (6) are discharged unless a determination is made by the bankruptcy court. Contemnors were aware of the bankruptcy case and took no such action.

///

///

**POINTS AND AUTHORITIES**

Pursuant to Bankruptcy Code §350(b), "A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause." 11 U.S.C. §350(b). As stated in <u>In re Dodge</u>, 138 B.R. 602 (Bankr. E.D. Cal. 1992), these motion to reopen should be routinely granted:

> "The Bankruptcy Code empowers the bankruptcy court to reopen a case to "accord relief to a debtor". 11 U.S.C. § 350(b). The court's power is not circumscribed by any time limit. As this court has previously suggested, such motions should be routinely granted because the case is necessarily reopened to consider the underlying request for relief. <u>In re Corgiat</u>, 123 B.R. 388, 392, 393 (Bankr.E.D.Cal. 1991)."

WHEREFORE, the Debtors respectfully request that the case be reopened to allow them to file a motion(s) regarding violations of the stay and discharge injunction.

Respectfully submitted,

**NEXUS BANKRUPTCY**

Date: August 22, 2024

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Debtors

## DECLARATION OF PHILIP MOORE

I, Philip Moore, declare as follows:

1. I am a Debtor in this Chapter 7 bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. My wife, Bonnie Moore, and I filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on September 20, 2023. We received a discharge on January 2, 2024, and our case was closed on June 17, 2024.

3. While our bankruptcy case was still active, Fausto Atilano filed a lawsuit against my company and named me as a co-defendant, violating the automatic stay.

4. After being informed of the stay violation, Atilano's attorney, Michael Munoz, acknowledged the violation and dismissed me from the lawsuit.

5. After our case was closed and discharge granted, Munoz filed a motion to add me back to the lawsuit, violating the discharge injunction.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 14, 2024

_____
PHILIP MOORE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO REOPEN BANKRUPTCY CASE FOR DEBTOR TO FILE MOTIONS FOR DAMAGES CONTEMPT AND OTHER RE-RELIEF FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/22/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lynda T. Bui (TR)      trustee.bui@shulmanbastian.com, C115@ecfcbis.com
Joseph C Delmotte      ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Benjamin Heston        bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (RS)      ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/22/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Judge Wayne E. Johnson<br>3420 Twelfth Street<br>Suite 384 / Courtroom 304<br>Riverside, CA 92501-3819 | Michael Munoz<br>232 East Foothill Blvd, Suite 201<br>Azusa, CA 91702 | Fausto Atilano<br>c/o Michael Munoz<br>232 East Foothill Blvd, Suite 201<br>Azusa, CA 91702 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/22/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**