1  NEXUS BANKRUPTCY
   Benjamin Heston (297798)
2  3090 Bristol Street #400
   Costa Mesa, CA 92626
3  Tel: 949.312.1377
   Fax: 949.288.2054
4  *ben@nexusbk.com*

5  Attorney for Debtors

**FILED & ENTERED**

AUG 27 2024

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | Case No: 6:23-bk-14289-WJ |
|---|---|
| PHILIP MOORE, and BONNIE MOORE, | Chapter 7 |
| | **ORDER REOPENING BANKRUPTCY CASE** |

1

On August 22, 2024, the debtors filed a motion to reopen their bankruptcy case [docket #67]. Good cause appearing, the Court hereby ORDERS:

1. This bankruptcy case is hereby reopened pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010.

2. The deadline for the debtors to file motions is September 26, 2024.

3. If no motions are filed and pending by September 26, 2024, the clerk of the Court shall close this case immediately after September 26th.

IT IS SO ORDERED.

###

Date: August 27, 2024

Wayne Johnson
United States Bankruptcy Judge