United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-14289-WJ |
| Philip Moore | Chapter 7 |
| Bonnie Moore | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

**Recip ID**     **Recipient Name and Address**
db/jdb     Philip Moore, Bonnie Moore, 22371 Village Way Dr, Canyon Lake, CA 92587-7588

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

**Name**     **Email Address**

Benjamin Heston
    on behalf of Debtor Philip Moore bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
    on behalf of Joint Debtor Bonnie Moore bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Joseph C Delmotte
    on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Lynda T. Bui (TR)
    trustee.bui@shulmanbastian.com C115@ecfcbis.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

NEXUS BANKRUPTCY
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

**FILED & ENTERED**

**AUG 27 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:23-bk-14289-WJ |
| PHILIP MOORE, and BONNIE MOORE, | Chapter 7 |
| | **ORDER REOPENING BANKRUPTCY CASE** |

1

On August 22, 2024, the debtors filed a motion to reopen their bankruptcy case [docket #67]. Good cause appearing, the Court hereby ORDERS:

1. This bankruptcy case is hereby reopened pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010.

2. The deadline for the debtors to file motions is September 26, 2024.

3. If no motions are filed and pending by September 26, 2024, the clerk of the Court shall close this case immediately after September 26th.

IT IS SO ORDERED.

###

Date: August 27, 2024

Wayne Johnson
United States Bankruptcy Judge