United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-14289-WJ |
| Philip Moore | Chapter 7 |
| Bonnie Moore | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Philip Moore, Bonnie Moore, 22371 Village Way Dr, Canyon Lake, CA 92587-7588 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Philip Moore bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Bonnie Moore bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com  C115@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

NEXUS BANKRUPTCY
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtors

**FILED & ENTERED**

**OCT 23 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **gooch**    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

PHILIP MOORE, and
BONNIE MOORE,

　　　　　　Debtors.

Case No: 6:23-bk-14289-WJ

CHAPTER 7

**SCHEDULING ORDER**

Hearing:
Date:　November 21, 2024
Time:　2:15 p.m.
Place:　Courtroom 304
　　　　3420 Twelfth Street
　　　　Riverside, CA 92501

On September 26, 2024, the debtors filed a motion which alleges various violations of the automatic stay and discharge order entitled "Debtor's Motion For: 1) Damages And Other Relief For Violation Of Automatic Stay; 2) Issuance Of An Order To Show Cause Why Fausto Atilano And Michael Munoz Should Not Be Held In Contempt For Violation Of The Discharge Injunction" [docket #70].  Good cause appearing, the Court hereby ORDERS as follows:

1. A hearing regarding the motion shall occur on November 21, 2024 at 2:15 p.m. The hearing will occur in person in the courtroom.  Appearances by telephone, video or special appearance counsel is not permitted for this hearing.

2. The moving party shall file and serve a notice of the hearing (with this order attached) along with the motion no later than October 25, 2024.

3. Opposition to the motion shall be filed no later than November 7, 2024 and any reply shall be filed and served no later than November 14, 2024.

IT IS SO ORDERED.

###

Date: October 23, 2024

Wayne Johnson
United States Bankruptcy Judge