**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:23-bk-14289-WJ |
| PHILIP MOORE, and | Chapter 7 |
| BONNIE MOORE | **STIPULATION TO CONTINUE HEARING ON:** |
| | **DEBTOR'S MOTION FOR:** |
| | **1) DAMAGES AND OTHER RELIEF FOR VIOLATION OF AUTOMATIC STAY;** |
| | **2) ISSUANCE OF AN ORDER TO SHOW CAUSE WHY FAUSTO ATILANO AND MICHAEL MUNOZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION** |
| | **Hearing:**<br>Date:  November 21, 2024<br>Time:  2:15 p.m.<br>Place:  Courtroom 304<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

**TO THE HONORABLE WAYNE E. JOHNSON:**

Debtors, Philip and Bonnie Moore, and Respondents, Michael Munoz and Fausto Atilano, hereby agree and stipulate as follows:

The undersigned hereby agree that it would be in the best interests of all parties and judicial economy to continue the hearing along with the briefing schedule. This continuance will allow for Parties to work toward an amicable resolution of outstanding issues.

1

WHEREFORE, the Parties stipulate and request as follows:

1. The hearing currently set for November 21, 2024 is to be taken off calendar and continued to the Court's next available hearing after December 21, 2024.

2. An opposition to the Motion shall be filed no later than 14 calendar days before the hearing and any reply shall be filed no later than 7 calendar days before the hearing.

Agreed as to form and content:

Date: November 7, 2024

BENJAMIN HESTON,
Attorney For Debtors

Date: November 7, 2024

MICHAEL MUNOZ,
Respondent

Date: November 7, 2024

FAUSTO ATILANO,
Respondent

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR: 1) DAMAGES AND OTHER RELIEF FOR VIOLATION OF AUTOMATIC STAY; 2) ISSUANCE OF AN ORDER TO SHOW CAUSE WHY FAUSTO ATILANO AND MICHAEL MUNOZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/7/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lynda T. Bui (TR)**    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
- **Joseph C Delmotte**    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/7/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/7/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**