United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-14289-WJ |
| Philip Moore | Chapter 7 |
| Bonnie Moore | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 1
Date Rcvd: Nov 08, 2024      Form ID: pdf042      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Philip Moore, Bonnie Moore, 22371 Village Way Dr, Canyon Lake, CA 92587-7588 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Philip Moore bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Bonnie Moore bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com  C115@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

1  NEXUS BANKRUPTCY
   BENJAMIN HESTON (297798)
2  3090 Bristol Street #400
   Costa Mesa, CA 92626
3  Tel: 949.312.1377
   Fax: 949.288.2054
4  *ben@nexusbk.com*

5  Attorney for Debtors

**FILED & ENTERED**

**NOV 08 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

PHILIP MOORE, and
BONNIE MOORE

Case No: 6:23-bk-14289-WJ

CHAPTER 7

**SCHEDULING ORDER**

1

The Court has reviewed the "Stipulation to Continue Hearing On: Debtor's Motion for: 1) Damages and Other Relief for Violation of Automatic Stay; 2) Issuance of an Order to Show Cause Why Fausto Atilano and Michael Munoz Should not be Held in Contempt for Violation of the Discharge Injunction" filed on November 7, 2024 as docket #75.

Good cause appearing, the Court hereby ORDERS as follows:

1. The hearing regarding the "Debtor's Motion for: 1) Damages and Other Relief for Violation of Automatic Stay; 2) Issuance of an Order to Show Cause Why Fausto Atilano and Michael Munoz Should not be Held in Contempt for Violation of the Discharge Injunction" [docket #70] currently set for November 21, 2024 at 2:15 p.m. is hereby continued to January 23, 2025 at 2:15 p.m.

2. Any opposition to the motion shall be filed no later than fourteen calendar days before the hearing and any reply shall be filed no later than seven calendar days before the hearing.

IT IS SO ORDERED.

###

Date: November 8, 2024

Wayne Johnson
United States Bankruptcy Judge

2