# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Thursday, November 21, 2024**           **Hearing Room**    **304**

<u>2:15 PM</u>
**6:23-14289**    **Philip Moore and Bonnie Moore**           **Chapter 7**

    **#15.00**    Hrg re motion for: (1) Damages and other relief for violation of automatic stay; (2) Issuance of an order to show cause why fausto Atilano and Michael Munoz should not be held in contempt for violation of the discharge injunction

                         Docket    70
          *** VACATED ***    REASON: SCHEDULING ORDEDR ENTERED 11-8-24; CONT'D TO 1-23-25 AT 2:15 P.M.

**Matter Notes:**

    - NONE LISTED -

**Tentative Ruling:**

    - NONE LISTED -

### Party Information

**Debtor(s):**

| | |
|---|---|
| Philip Moore | Represented By<br>Benjamin Heston |

**Joint Debtor(s):**

| | |
|---|---|
| Bonnie Moore | Represented By<br>Benjamin Heston |

**Trustee(s):**

| | |
|---|---|
| Lynda T. Bui (TR) | Pro Se |