**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:23-bk-14289-WJ |
| PHILIP MOORE, and | Chapter 7 |
| BONNIE MOORE | **STIPULATION AND REQUEST TO CONTINUE HEARING ON:** |
| | **DEBTOR'S MOTION FOR:** |
| | **1) DAMAGES AND OTHER RELIEF FOR VIOLATION OF AUTOMATIC STAY;** |
| | **2) ISSUANCE OF AN ORDER TO SHOW CAUSE WHY FAUSTO ATILANO AND MICHAEL MUNOZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION** |
| | **Hearing:**
Date:  January 23, 2025
Time:  2:15 p.m.
Place: Courtroom 304
          3420 Twelfth Street
          Riverside, CA 92501 |

**TO THE HONORABLE WAYNE E. JOHNSON:**

Debtors, Philip and Bonnie Moore, and Respondent, Michael Munoz, hereby agree and stipulate as follows:

The undersigned hereby agree that it would be in the best interests of all parties and judicial economy to continue the hearing along with the briefing schedule. A continuance of the hearing on the Motion for Contempt would allow Debtors sufficient time to properly serve Mr.

Atilano at his home address rather than through his former attorney. This continuance will also allow for Parties to work toward an amicable resolution of outstanding issues.

WHEREFORE, the Parties stipulate and request as follows:

1. The hearing currently set for January 23, 2025 is to be taken off calendar and continued a date after February 23, 2025.
2. Any opposition to the Motion shall be filed no later than 14 calendar days before the hearing and any reply shall be filed no later than 7 calendar days before the hearing.

Date: January 16, 2025         /s/ Michael Munoz
                               MICHAEL MUNOZ,
                               Respondent


                               Agreed as to form and content:


Date: January 16, 2025         /s/Benjamin Heston
                               BENJAMIN HESTON,
                               Attorney For Debtors


Date: January 16, 2025         /s/ Ciprian Turcu
                               CIPRIAN TURCU,
                               Attorney For Respondent,
                               Michael Munoz

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:23-bk-14289-WJ |
| PHILIP MOORE, and | Chapter 7 |
| BONNIE MOORE | **DECLARATION OF BENJAMIN HESTON RE: HOLOGRAPHIC SIGNATURES** |
| | **Hearing:**<br>Date:  January 23, 2025<br>Time:  2:15 p.m.<br>Place: Courtroom 304<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

I, Benjamin Heston, declare as follows:

1. I am the attorney for the Debtors. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I have spoken with Michael Munoz and his attorney, Ciprian Turcu, regarding the upcoming hearing and this stipulation. Both indicated that they were willing to continue the hearing.

3. I sent the stipulation to Mr. Munoz and Mr. Turcu for their holographic signatures. However, as of now, I have not yet received their signed copies.

1

4. I am filing the stipulation without their holographic signatures to ensure the Court is apprised of the Parties' intent to continue the hearing and continue discussions regarding resolution of the issues raised in the Motion.

5. Attached hereto as Exhibit A is a true and correct copy of an email I received from Michael Munoz, in which he confirms their intention to sign the stipulation.

6. I will promptly supplement the stipulation with the holographic signatures once they are received.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 21, 2025                                  /s/Benjamin Heston
                                                        BENJAMIN HESTON

# ATTACHMENT

   Ben Heston <ben@nexusbk.com>

## Re: Opposition to Debtors Motion
1 message

**Michael Munoz** <mmunoz@munozlawyers.com>   Mon, Jan 20, 2025 at 5:30 PM
To: Ben Heston <ben@nexusbk.com>

Hi Ben,

See sign stipulation.

Thank you,

MICHAEL MUÑOZ ESQ.
ATTORNEY AT LAW

232 E. FOOTHILL BLVD.,
SUITE 201, AZUSA, CA, 91702
(626) 334-8405  (626) 334-8440
C (626) 899-4793
WWW.MUNOZANDMUNOZ.COM

