**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:23-bk-14289-WJ |
| PHILIP MOORE, and | Chapter 7 |
| BONNIE MOORE | **STIPULATION AND REQUEST TO CONTINUE HEARING ON:** |
| | **DEBTOR'S MOTION FOR:** |
| | **1) DAMAGES AND OTHER RELIEF FOR VIOLATION OF AUTOMATIC STAY;** |
| | **2) ISSUANCE OF AN ORDER TO SHOW CAUSE WHY FAUSTO ATILANO AND MICHAEL MUNOZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION** |
| | **Hearing:**<br>Date: January 23, 2025<br>Time: 2:15 p.m.<br>Place: Courtroom 304<br>         3420 Twelfth Street<br>         Riverside, CA 92501 |

**TO THE HONORABLE WAYNE E. JOHNSON:**

Debtors, Philip and Bonnie Moore, and Respondent, Michael Munoz, hereby agree and stipulate as follows:

The undersigned hereby agree that it would be in the best interests of all parties and judicial economy to continue the hearing along with the briefing schedule. A continuance of the hearing on the Motion for Contempt would allow Debtors sufficient time to properly serve Mr.

1

Atilano at his home address rather than through his former attorney. This continuance will also allow for Parties to work toward an amicable resolution of outstanding issues.

WHEREFORE, the Parties stipulate and request as follows:

1. The hearing currently set for January 23, 2025 is to be taken off calendar and continued a date after February 23, 2025.
2. Any opposition to the Motion shall be filed no later than 14 calendar days before the hearing and any reply shall be filed no later than 7 calendar days before the hearing.

Date: January 16, 2025

MICHAEL MUNOZ,
Respondent

Agreed as to form and content:

Date: January 16, 2025    /s/Benjamin Heston

BENJAMIN HESTON,
Attorney For Debtors

Date: January 16, 2025

CIPRIAN TURCU,
Attorney For Respondent,
Michael Munoz