# United States Bankruptcy Court
## Central District of California
Riverside
**Wayne Johnson, Presiding**
**Courtroom 304 Calendar**

---

**Thursday, January 23, 2025**　　　　　　　　　　　　　　　　　　　　**Hearing Room    304**

---

2:15 PM
**6:23-14289**　　**Philip Moore and Bonnie Moore**　　　　　　　　　　　　　　**Chapter 7**

　　**#16.00**　　Hrg re motion for: (1) Damages and other relief for violation of automatic stay; (2) Issuance of an order to show cause why fausto Atilano and Michael Munoz should not be held in contempt for violation of the discharge injunction

　　　　　　　FROM: 11-21-24

　　　　　　　　　　　　　　　　Docket　　　70

**Matter Notes:**

　　PRESENT:  *B. HESTON*

　　　　　　　— OFF CALENDAR —

( )　Motion granted.

( )　Motion denied.

( )　Fees And Costs Approved Pursuant To The Posted Ruling.

( )　Vacated.  Matter is moot due to dismissal or conversion of case.

( )　Continued to _____.

( )　Motion withdrawn.

( )　Prevailing party shall prepare an order.

( )　Chambers shall prepare an order.

---

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, January 23, 2025**  **Hearing Room  304**

2:15 PM
**CONT...**    **Philip Moore and Bonnie Moore**    **Chapter 7**

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Philip Moore    Represented By
    Benjamin Heston

**Joint Debtor(s):**

Bonnie Moore    Represented By
    Benjamin Heston

**Trustee(s):**

Lynda T. Bui (TR)    Pro Se